**CHEE & MARKHAM**
ATTORNEYS AT LAW

**GREGORY K. MARKHAM          (3453-0)**
**KEITH K. KATO                        (5320-0)**
**DESIREE HIKIDA MOKUOHAI  (7793-0)**
1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 523-0111
Facsimile:   (808) 523-0115
Email: dmokuohai@cheemarkham.com

Attorneys for Defendant/Limitation Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter ) | CV NO. 03-00672 SOM-BMK |
| ) | |
| of ) | |
| ) | |
| The Complaint of MORNING STAR ) | |
| CRUISES, INC., a Hawaii ) | |
| corporation. ) | |
| ) | CV NO. 04-00588 SOM-BMK |
| SHIROH FUKUOKA, ) | [CONSOLIDATED] |
| ) | |
| Plaintiff, ) | **MOTION FOR LEAVE TO FILE** |
| ) | **MOTION FOR SUMMARY** |
| vs. ) | **JUDGMENT; DECLARATION OF** |
| ) | **DESIREE HIKIDA MOKUOHAI;** |
| MORNING STAR CRUISES, INC., ) | **CERTIFICATE OF SERVICE** |
| ) | |
| Defendant. ) | Trial:  August 22, 2006 |
| ) | Time:  9:00 a.m. |
| ) | Judge:  Hon. Susan Oki Mollway |

## MOTION FOR LEAVE
## TO FILE MOTION FOR SUMMARY JUDGMENT

COMES NOW, DEFENDANT/LIMITATION PLAINTIFF MORNING STAR CRUISES, INC., by and through its attorneys, the law firm of Chee & Markham, and hereby moves this Honorable Court for an Order allowing the filing of Limitation Plaintiff Morning Star Cruises, Inc.'s Motion for Summary Judgment on its Complaint for Exoneration from or Limitation of Liability.

Defendant/Limitation Plaintiff Morning Star Cruises, Inc. further requests this Honorable Court to set the foregoing motion as a non-hearing motion.

This motion is brought pursuant to Rule 7 of the Federal Rules of Civil Procedure and Rule 7.2 of the Local Rules of Practice for the United States District Court for the District of Hawaii and is supported by the affidavit of Counsel, and the records and files herein.

Dated: Honolulu, Hawaii May 4, 2006.

        /s/ Desiree Hikida Mokuohai
        GREGORY K. MARKHAM
        KEITH K. KATO
        DESIREE HIKIDA MOKUOHAI

        Attorneys for Defendant/Limitation Plaintiff **MORNING STAR CRUISES, INC.**