IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter ) | CV NO. 03-00672 SOM-BMK |
| ) | |
| of ) | |
| ) | |
| The Complaint of MORNING STAR ) | |
| CRUISES, INC., a Hawaii ) | |
| Corporation. ) | |
| ) | CV NO. 04-00588 SOM-BMK |
| SHIROH FUKUOKA, ) | [CONSOLIDATED] |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE;** |
| ) | |
| vs. ) | Trial: August 22, 2006 |
| ) | Time: 9:00 a.m. |
| MORNING STAR CRUISES, INC., ) | Judge: Hon. Susan Oki Mollway |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the below-identified party at their respective address by means of hand-delivery on __May 17, 2006_____.

**ROBERT D. KAWAMURA, ESQ.**
550 Halekauwila Street., Suite 106
Honolulu, Hawaii  96813

Attorney for Limitation Defendants

2

DATED: Honolulu, Hawaii, May 17, 2006.

        **/s/ Desiree Hikida Mokuohai**
        **GREGORY K. MARKHAM**
        **KEITH K. KATO**
        **DESIREE HIKIDA MOKUOHAI**

Attorneys for /Defendant
Limitation Plaintiff
**MORNING STAR CRUISES, INC.**