**CHEE & MARKHAM**
ATTORNEYS AT LAW

**GREGORY K. MARKHAM**         (3453-0)
**KEITH K. KATO**              (5320-0)
**DESIREE HIKIDA MOKUOHAI**    (7793-0)
1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 523-0111
Facsimile:   (808) 523-0115
Email: dmokuohai@cheemarkham.com

Attorneys for Defendant/Limitation Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter ) | CV NO. 03-00672 SOM-BMK |
| ) | |
| of ) | |
| ) | |
| The Complaint of MORNING STAR ) | |
| CRUISES, INC., a Hawaii ) | |
| corporation. ) | |
| ) | |
| SHIROH FUKUOKA, ) | CV NO. 04-00588 SOM-BMK |
| ) | [CONSOLIDATED] |
| Plaintiff, ) | |
| ) | **ORDER GRANTING** |
| vs. ) | **LIMITATION PLAINTIFF'S** |
| ) | **MOTION FOR LEAVE TO FILE** |
| MORNING STAR CRUISES, INC., ) | **MOTION FOR SUMMARY** |
| ) | **JUDGMENT** |
| Defendant. ) | |
| ) | Hearing:  May 12, 2006 |
| ) | Time:      2:00 p.m. |
| ) | Magistrate Judge: Barry M. Kurren |
| ) | |

)   Trial:  August 22, 2006
)   Time:   9:00 a.m.
)   Judge:  Hon. Susan Oki Mollway

**ORDER GRANTING LIMITATION PLAINTIFF'S MOTION
FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendant/Limitation Plaintiff MORNING STAR CRUISES INC.'s Motion for Leave to File Motion for Summary Judgment filed on May 4, 2006, having come on for hearing on May 12, 2006, at 2:00 p.m., before the Honorable Barry M. Kurren, United States Magistrate Judge, Gregory K. Markham, Esq., having appeared on behalf of Limitation Plaintiff MORNING STAR CRUISES INC. ("Morning Star") and Robert D. Kawamura, Esq. having appeared on behalf of Plaintiff/Limitation Defendants Shiroh Fukuoka, Individaully and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a minor.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Limitation Plaintiff's Motion for Leave to File Motion for Summary Judgment is granted.

2. Limitation Plaintiff is to file its Motion for Summary Judgment by Friday, May 19, 2006.

3

    IT IS SO ORDERED.



                                /s/ Barry M. Kurren
                                United States Magistrate Judge
                                Dated: June 6, 2006

APPROVED AS TO FORM:

_____
**ROBERT D. KAWAMURA**
Attorneys for Plaintiffs/Limitation Defendants
SHIROH FUKUOKA, Individually and as
Personal Representative of THE ESTATE OF
MITSUKO FUKUOKA, and as Next Friend of
MIHO FUKUOKA, a Minor.

---

In the Matter of The Complaint of Morning Star Cruises, Inc.; Civil No. 03-00672 SOM-BMK; Shiroh Fukuoka vs. Morning Star Cruises, Inc.; Civil No. 04-00588 SOM-BMK; Order Granting Limitation Plaintiff's Motion for Leave to File Motion for Summary Judgment