

ORIGINAL

**CHEE & MARKHAM**
Attorneys At Law

**GREGORY K. MARKHAM (3453-0)**
**KEITH K. KATO          (5320-0)**
**DESIREE HIKIDA MOKUOHAI (7793-0)**
1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-0111
Facsimile: (808)523-0115
Email: gmarkham@cheemarkham.com
          dmokuohai@cheemarkham.com

Attorneys for Defendant/Limitation Plaintiff
**MORNING STAR CRUISES, INC.**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 2 2006

at 10 o'clock and 55 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of | CV. NO. 03-00672 SOM-BMK |
| The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | |
| SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a Minor, | CV. NO. 04-00588 SOM-BMK **[CONSOLIDATED]** |
| Plaintiffs, | **NOTICE OF HEARING OF DEFENDANT/LIMITATION PLAINTIFF MORNING STAR CRUISES, INC.'S MOTION TO DISMISS PLAINTIFF'S CLAIMS AND FOR ATTORNEY'S FEES AND COSTS; DEFENDANT/LIMITATION PLAINTIFF MORNING STAR CRUISES, INC.'S MOTION TO DISMISS PLAINTIFF'S CLAIMS AND FOR** |
| vs. | |
| MORNING STAR CRUISES, INC., a Hawaii corporation; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE | |

| | |
|---|---|
| PARTNERSHIPS 1-10, DOE JOINT VENTURERS 1-10, DOE LIMITED LIABILITY ENTITES 1-10, DOE NON-PROFIT ENTITES, 1-10, DOE GOVERNMENTAL ENTITIES 1-10, DOE UNINCORPORATED ENTITIES 1-10, and OTHER DOE ENTITES 1-10, | **PLAINTIFF'S CLAIMS AND FOR ATTORNEY'S FEES AND COSTS; MEMORANDUM IN SUPPORT OF MOTION; AFFIDAVIT OF GREGORY K. MARKHAM; EXHIBITS "1" – "6"; CERTIFICATE OF SERVICE** |

)        Date: _____

)        Time: _____

Defendants.
)        Judge: Barry M. Kurren

)        Trial:    February 21, 2007
)        Time:   9:00 a.m.
)        Judge:  Hon. Susan Oki Mollway

## NOTICE OF HEARING OF DEFENDANT/LIMITATION PLAINTIFF MORNING STAR CRUISES, INC.'S MOTION TO DISMISS PLAINTIFF'S CLAIMS AND FOR ATTORNEY'S FEES AND COSTS

TO:  **ROBERT D. KAWAMURA, ESQ.**
     550 Halekauwila Street., Suite 106
     Honolulu, Hawaii  96813

     Attorney for Limitation Defendants

     NOTICE IS HEREBY GIVEN that DEFENDANT/LIMITATION

PLAINTIFF MORNING STAR CRUISES, INC.'S MOTION TO DISMISS

PLAINTIFF'S CLAIMS AND FOR ATTORNEY'S FEES AND COSTS shall

come on for hearing before the Honorable _____,

Magistrate/Judge of the above-entitled Court, in his courtroom in the United States

Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on

_____, the _____ day of _____, 2006,

at the hour of _____ o'clock _____.m., or as soon thereafter as counsel

may be heard.

     DATED:    Honolulu, Hawaii, July 11, 2006.


**GREGORY K. MARKHAM**
**KEITH K. KATO**
**DESIREE HIKIDA MOKUOHAI**

Attorneys for /Defendant
Limitation Plaintiff
**MORNING STAR CRUISES, INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of | ) CV. NO. 03-00672 SOM-BMK |
| | ) |
| The Complaint of MORNING STAR | ) |
| CRUISES, INC., a Hawaii corporation. | ) |
| | ) |
| SHIROH FUKUOKA, Individually and | ) CV. NO. 04-00588 SOM-BMK |
| as Personal Representative of THE | ) |
| ESTATE OF MITSUKO FUKUOKA, | ) **[CONSOLIDATED]** |
| and as Next Friend of MIHO | ) |
| FUKUOKA, a Minor, | ) **DEFENDANT/LIMITATION** |
| | ) **PLAINTIFF MORNING STAR** |
| Plaintiffs, | ) **CRUISES, INC.'S MOTION TO** |
| | ) **DISMISS PLAINTIFF'S CLAIMS** |
| vs. | ) **AND FOR ATTORNEY'S FEES** |
| | ) **AND COSTS** |
| MORNING STAR CRUISES, INC., a | ) |
| Hawaii corporation; JOHN DOES 1- | ) |
| 10, JANE DOES 1-10, DOE | ) |
| CORPORATIONS 1-10, DOE | ) |
| PARTNERSHIPS 1-10, DOE JOINT | ) |
| VENTURERS 1-10, DOE LIMITED | ) |
| LIABILITY ENTITES 1-10, DOE | ) |
| NON-PROFIT ENTITES, 1-10, DOE | ) |
| GOVERNMENTAL ENTITIES 1-10, | ) |
| DOE UNINCORPORATED | ) |
| ENTITIES 1-10, and OTHER DOE | ) |
| ENTITES 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### DEFENDANT/LIMITATION PLAINTIFF MORNING STAR CRUISES, INC.'S MOTION TO DISMISS PLAINTIFF'S CLAIMS AS SANCTION FOR ABUSE OF DISCOVERY PROCESS AND FOR ATTORNEY'S FEES AND COSTS

COMES NOW, Defendant/Limitation Plaintiff MORNING STAR CRUISES, INC. (hereinafter referred to as "Morning Star"), by and through its attorneys, the law firm of Chee & Markham, and hereby submits this motion for an Order dismissing Plaintiff/Limitation Defendant's claims.

This Motion is based upon Federal Rules of Civil Procedure 37, supported by applicable law, the memorandum in support of the motion, affidavit of counsel, and the records and files herein. Pursuant to Federal rules of Civil Procedure 37(a)(4), request is made hereby for costs incurred in bringing this motion, including attorney's fees.

DATED:  Honolulu, Hawaii, July 11, 2006.

 

 

**GREGORY K. MARKHAM**
**KEITH K. KATO**
**DESIREE HIKIDA MOKUOHAI**

Attorneys for Defendant/
Limitation Plaintiff
**MORNING STAR CRUISES, INC.**

2