IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| In the Matter<br><br>Of<br><br>The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation.<br>_____<br>SHIROH FUKUOKA,<br><br>Plaintiff,<br><br>Vs.<br><br>MORNING STAR CRUISES, INC.,<br><br>Defendant. | Civil No. CV03-00672SOM<br>(Non-Vehicle Tort)<br><br><br><br><br><br>Civil No. 04-00588 SOM-BMK<br>(Consolidated)<br><br>**DECLARATION OF ROBERT D. KAWAMURA**; EXHIBIT "1" |

## DECLARATION OF ROBERT D. KAWAMURA

ROBERT D. KAWAMURA, declares under penalty of perjury that the following is true and correct;

1.  He makes this declaration based upon his own personal knowledge and is competent to testify as to the matters set forth herein.

2.  He is counsel for Plaintiff/Limitation Defendants SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend Of MIHO FUKUOKA, a Minor, in this case.

3.  Attached hereto as Exhibit "1" is a true, correct and complete copy of the complaint filed in this matter, and as duly kept and maintained in my office's records in its regular course of business.

Dated: Honolulu, Hawaii, _July 11, 2006_.

_____
Robert D. Kawamura