IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter )<br>)<br>   of )<br>)<br>The Complaint of MORNING STAR )<br>CRUISES, INC., a Hawaii )<br>corporation, )<br>)<br>   Petitioner, )<br>_____ )<br>)<br>SHIROH FUKUOKA, Individually )<br>and as Personal )<br>Representative of the ESTATE )<br>OF MITSUKO FUKUOKA, and as )<br>Next Friend of MIHO FUKUOKA, )<br>a Minor, )<br>)<br>   Plaintiffs, )<br>)<br>   vs. )<br>)<br>MORNING STAR CRUISES, INC., a )<br>Hawaii Corporation; JOHN DOES )<br>1-10; JANE DOES 1-10; DOE )<br>CORPORATIONS 1-10; DOE )<br>PARTNERSHIPS 1-10; DOE )<br>VENTURERS 1-10; DOE LIMITED )<br>LIABILITY ENTITIES 1-10; DOE )<br>GOVERNMENTAL ENTITIES 1-10; )<br>DOE UNINCORPORATED ENTITIES )<br>1-10; AND OTHER DOE ENTITIES )<br>1-10, )<br>)<br>   Defendants, )<br>_____ ) | CIV. NO. 03-00672 SOM/BMK<br>(consolidated)<br><br><br>ORDER REGARDING <u>LIVELY V.<br>WILD OATS MARKETS, INC.</u><br><br><br><br><br><br><br>CIV. NO. 04-00588 SOM/BMK<br>(consolidated)<br><br><br>ORDER REGARDING <u>LIVELY V.<br>WILD OATS MARKETS, INC.</u> |

**ORDER REGARDING <u>LIVELY V. WILD OATS MARKETS, INC.</u>**

Earlier today, the Ninth Circuit issued a decision in <u>Lively v. Wild Oats Markets, Inc.</u>, No. 04-56682, a copy of which is attached hereto.  <u>Lively</u> held "that the forum defendant rule

is procedural, and therefore a violation of this rule is a waivable defect in the removal process that cannot form the basis for a district court's *sua sponte* remand order." Slip Op. at 8430. The parties should review the opinion in <u>Lively</u> and should make their own determinations as to whether it affects any issue in these consolidated cases.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, July 27, 2006.

/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

<u>In re Morning Star Cruises, et al.</u>, Civ. Nos. 03-00672 SOM/BMK and 04-00588 SOM/BMK; ORDER REGARDING <u>LIVELY V. WILD OATS MARKETS, INC.</u>