IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of ) | CV. NO. 03-00672 SOM-BMK |
| ) | |
| The Complaint of MORNING STAR ) | |
| CRUISES, INC., a Hawaii corporation. ) | |
| ) | |
| SHIROH FUKUOKA, Individually and ) | CV. NO. 04-00588 SOM-BMK |
| as Personal Representative of THE ) | |
| ESTATE OF MITSUKO FUKUOKA, ) | **[CONSOLIDATED]** |
| and as Next Friend of MIHO ) | |
| FUKUOKA, a Minor, ) | ORDER GRANTING LIMITATION |
| ) | PLAINTIFF'S EX PARTE MOTION |
| Plaintiffs, ) | FOR ENLARGEMENT OF TIME |
| ) | WITHIN WHICH CLAIMS MAY |
| vs. ) | BE FILED |
| ) | |
| MORNING STAR CRUISES, INC., a ) | |
| Hawaii corporation; JOHN DOES 1- ) | |
| 10, JANE DOES 1-10, DOE ) | |
| CORPORATIONS 1-10, DOE ) | |
| PARTNERSHIPS 1-10, DOE JOINT ) | |
| VENTURERS 1-10, DOE LIMITED ) | |
| LIABILITY ENTITES 1-10, DOE ) | |
| NON-PROFIT ENTITES, 1-10, DOE ) | |
| GOVERNMENTAL ENTITIES 1-10, ) | |
| DOE UNINCORPORATED ) | |
| ENTITIES 1-10, and OTHER DOE ) | |
| ENTITES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

ORDER GRANTING LIMITATION PLAINTIFF'S
EX PARTE MOTION FOR ENLARGEMENT OF
TIME WITHIN WHICH CLAIMS MAY BE FILED

Pursuant to Plaintiff's Ex Parte Motion for Enlargement of Time Within Which Claims May Be Filed and the Affidavit of Gregory K. Markham attached hereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion for Enlargement of Time Within Which Claims May Be Filed is hereby granted from July 12, 2004 to September 1, 2006.

DATED: Honolulu, Hawaii, July 24, 2006

_____
Judge of the Above-Entitled Court