Of Counsel:
KAWAMURA LAW OFFICE
Attorneys At Law

ROBERT D. KAWAMURA  4537-0
107 Lawyers Building
550 Halekauwila Street
Honolulu, Hawaii   96813
Telephone: (808) 523-3777
Facsimile: (808) 523-3780
Email:    Honolaw@aol.com

Attorneys for Plaintiffs/Limitation Defendants
SHIROH FUKUOKA, Individually and
as Personal Representative of
THE ESTATE OF MITSUKO FUKUOKA, and
as Next Friend Of MIHO FUKUOKA, a Minor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| In the Matter<br><br>     Of<br><br>The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation.<br>_____<br>SHIROH FUKUOKA,<br><br>          Plaintiff,<br><br>     Vs.<br><br>MORNING STAR CRUISES, INC.,<br><br>          Defendant.<br>_____ | Civil No. CV03-00672SOM<br>(Non-Vehicle Tort)<br><br><br><br><br><br><br>Civil No. 04-00588 SOM-BMK<br>(Consolidated)<br><br>**LIMITATION DEFENDANTS' BRIEF TO THE COURT RE THE CASE REMAINING IN FEDERAL COURT;** CERTIFICATE OF SERVICE<br><br>Date: August 21, 2006<br>Time: 11Z;15 a.m.<br>Judge: Susan Oki Mollway |

**LIMITATION DEFENDANTS' BRIEF TO THE COURT RE
<u>THE CASE REMAINING IN FEDERAL COURT</u>**



I.  Introduction

In light of the Ninth Circuit's recent decision in <u>Lively v. Wild Oats Markets, Inc.</u>, No. 04-056682, wherein the court held that "the forum defendant rule is procedural, and therefore a violation of this rule is a waivable defect in the removal process that cannot form the basis for a district court's sua sponte remand order.", Limitation Plaintiffs concede that this Court may maintain jurisdiction over these consolidated cases.

II.  Conclusion

Based on the foregoing, Limitation Defendants respectfully concede that the Honorable court may retain jurisdiction over these consolidated cases.

Dated: Honolulu, Hawaii, _August 3, 2006_.

_____
Robert D. Kawamura

Attorney for Limitation
 Defendants
SHIROH FUKUOKA, Individually
and as Personal Representative
of THE ESTATE OF MITSUKO
FUKUOKA, and as Next Friend Of
MIHO FUKUOKA, a Minor

Of Counsel:
KAWAMURA LAW OFFICE
Attorneys At Law

ROBERT D. KAWAMURA  4537
107 Lawyers Building
550 Halekauwila Street
Honolulu, Hawaii      96813
Telephone: (808) 523-3777
Facsimile:   (808) 523-3780
Email:    Honolaw@aol.com

Attorneys for Plaintiffs/Limitation Defendants
SHIROH FUKUOKA, Individually and
as Personal Representative of
THE ESTATE OF MITSUKO FUKUOKA, and
as Next Friend Of MIHO FUKUOKA, a Minor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| In the Matter<br><br>    Of<br><br>The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation.<br>_____<br>SHIROH FUKUOKA,<br><br>            Plaintiff,<br><br>    Vs.<br><br>MORNING STAR CRUISES, INC.,<br><br>            Defendant.<br>_____ | Civil No. CV03-00672SOM<br>(Non-Vehicle Tort)<br><br><br><br><br><br>Civil No. 04-00588 SOM-BMK<br>(Consolidated)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES THAT on the date below a copy of the foregoing was duly served upon the following party by way of hand delivery at the following address;

Gregory K. Markham, Esq.
Keith K. Kato, Esq.
Desiree Hikida Mokuohai, Esq.
CHEE & MARKHAM
1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii  96813

Attorneys for Limitation Plaintiff
MORNING STAR CRUISES, INC.

Dated: Honolulu, Hawaii, _August 3, 2006_.

_____
Robert D. Kawamura

Attorney for Plaintiffs/
Limitation Defendants
SHIROH FUKUOKA, Individually
And as Personal
Representative of THE ESTATE
OF MITSUKO FUKUOKA, and
as Next Friend Of MIHO
FUKUOKA, a Minor

2