Of Counsel:
KAWAMURA LAW OFFICE
Attorneys At Law

ROBERT D. KAWAMURA 4537
107 Lawyers Building
550 Halekauwila Street
Honolulu, Hawaii     96813
Telephone: (808) 523-3777
Facsimile:  (808) 523-3780
Email:      Honolaw@aol.com

Attorneys for Plaintiffs/Limitation Defendants
SHIROH FUKUOKA, Individually and
as Personal Representative of
THE ESTATE OF MITSUKO FUKUOKA, and
as Next Friend Of MIHO FUKUOKA, a Minor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| In the Matter | ) Civil No. CV03-00672SOM |
| Of | ) (Non-Vehicle Tort) |
| The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | ) |
| SHIROH FUKUOKA, | ) Civil No. 04-00588 SOM-BMK |
| Plaintiff, | ) (Consolidated) |
| Vs. | ) **CERTIFICATE OF SERVICE** |
| MORNING STAR CRUISES, INC., | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES THAT on the date below a copy of the foregoing was duly served upon the following party by way of hand delivery at the following address:

Gregory K. Markham, Esq.
Keith K. Kato, Esq.
Desiree Hikida Mokuohai, Esq.
CHEE & MARKHAM
1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Limitation Plaintiff
MORNING STAR CRUISES, INC.

Dated: Honolulu, Hawaii, August 3, 2006.

Robert D. Kawamura

Attorney for Plaintiffs/
Limitation Defendants
SHIROH FUKUOKA, Individually
And as Personal
Representative of THE ESTATE
OF MITSUKO FUKUOKA, and
as Next Friend Of MIHO
FUKUOKA, a Minor