AMBULANCE REPORT FORM

**PATIENT**

Date: 2 8 14 2 | Day: 4 | Unit No.: 04 | 1035 | D.C. 360080

Last Name: FUKUOKA | First: MITSUKO | Middle

Mailing Address: 1221-1 KIBUNE SHIZUOKA HAMAKATTA-SHI JAPAN 99 | State | Zip | Phone No.

Age: 43 | Male ☐ | Female ☒ | Birthdate: 020259 | Nature of Call: ☒ EMERGENCY ☐ TRANSFER ☐ CANCELLATION ☐ NON-EMERGENCY

Insurance/Health Insurance Company | Member number/Social Security No. | Group No. | Cont. | Co. Code | FM Code

**TIME**

Incident Location (Address): Kewalo Basin Boat Harbor | Census Tract No.

Pertinent Past Medical History: unobtainable | WT. 50 kg | Allergies: unobtainable

Prior Medication Taken/Time: unobtainable

**HISTORY**

Chief Complaint / Hx Physical Exam & Treatment:

Upon arrival found pt is ≈ 40 yo ♀, Japanese national - lying Ⓛ lateral in boat @ dockside c̄ positive pressure respirator ? ventalations by Dive Staff who states pt. pulled from water unresponsive while ascending from ≈ 15 ft. of seawater while "scuba" type diving per staff - pt was being assisted to surface - ? reason - when once breaking surface of $H_2O$ became unresponsive - not breathing - c̄ blood coming from nose/mouth - pt c̄ CPR & ventalations by staff pt awoke [illegible] remained unresponsive to verbal/motor commands - upon MICT arrival pt is noted c̄ cyanosis to face/neck/lips & extremities - hypoxic c̄ combative type nature pt s̄ gag reflex. OPA placed - prepared for oral intubation × × [illegible]

Pupils: sluggish @ 3mm | Skin/Edema: cool, wet, cyanotic, facial/lips | Abdomen: nondistend- | Pelvis: intact, Ø trauma noted

Head/Face: c̄ cyanosis s̄ visable trauma | Extremities: initially purposeful c̄ cyanosis

Neck/Back: [illegible] c̄ cyanosis anterior neck | Chest/Lung Sounds: crse chonchi → Ⓡ Lobe / = rise & fall c̄ ETT

Time: 1042 | Resp/Rate: 24/28 / Vent | altered mental | Skin Signs/Capillary refill: delayed | GCS: 9/3 | Eye Opening: 4/1 | Verbal: 1/1 | Motor: 4/1

**PATIENT TREATMENT**

| 10:45 | 10:50 | 10:52 | 10:56 | 11:00 | 11:02 |
|---|---|---|---|---|---|
| pt. awake, not responsive c̄ + pressure via automatic respirator by Dive staff | extricated off boat onto gurney - pt clenching | 240/110 | cont'd BVM ventalations | versed 1.5 mg | 7.5 ETT c̄ |
| | | 150 | HR ↓ 120's | succy 75 mg | chords visualized |
| | | 24-28 | | IVP - pt. c̄ | T. oropharynx suction - |
| pt. cyanotic & combative s̄ gag reflex - OPA placed - | OPA removed - pt in combativeness thrashing about [illegible] attempt - | pt c̄ cyanosis to face/lips/neck IV #18g 1000cc NS Ⓛ AC @ W.O. rate | pt. cont'd "clenching" initiated RATI protocols | lax mandible oral ET intubation × 2 c̄ cont'd BVM ventalations | LS → crs chonchi Ⓡ Lobe c̄ = rise & fall - good color Δ $CO_2$ |

EKG ST @ 150 BPM

Nature of Incident: POSS. DROWNING CODE 520 → poss. embolism

Patient Severity: Minor ☐ | Serious ☐ | Critical ☐ | Extremely Critical ☒ | Emergency deceased

Auto Trauma | Trauma | Cardiac | Respiratory | CPA | Neurological | Spinal Injury | Obstetric | Neonatal | Medical | Burn | Near Drowning | Poison | Behavioral/OD/Alcohol

Medical Communication? Phone ☐ Radio ☒ No ☐ S.O. ☒ E.S. ☐

First Aid Before Ambulance Arrival: O2 ☐ | CPR ☒ | Patient Moved ☒ | Other | By: Dive Staff | Fire | PD | Lifeguard | Citizen

Time: 6 [illegible] HACAD | Hosp.: CA

O2: Nasal Cannula ☐ | Mask ☐ | C-Collar ☐ | Full Spinal Precautions ☐ | Extremity Traction ☐ | Needle Thoracostomy ☐

O2 Positive Pressure ☒ | Endotracheal Tube ☒ 7.5 ETT | ESOPHAGEAL DETECTOR | EKG Rhythm ☒ | 12-Lead EKG ☐ | Pericardiocentesis ☐ | Rotating Tourniquets ☐

Place of Discharge / Reason: CA

Protocol ☒ | Signature(s) of EMT/MICT | Technician ID #: 1292 | Date: 8/14/02

Technician ID #: 1746

Hospital Disposition Information: T/R ☐ | DOA ☐ | ADM ☐ | CU ☐ | M/S ☐ | OR ☐ | OTHER ☐

Hospital EMSS ONLY

(REV. [illegible]) 5 1

EXHIBIT 4

EMERGENCY FACILITY

**AMBULANCE REPORT CONTINUATION FORM**

A.R. No. 86577

D.C. NO. 360080

Date 5/14/02 Day [illegible] Unit No. 4 04

Last Name / First / Middle

Continued History / Physical and Treatment

1105 D5 to [illegible] ASYSTOLE CPR INITIATED cont'd BVM [illegible] via ETT

1107 (1) mg EPI 1:10,000 IVP (1) mg Atropine IVP ∅ EKG Δ's cont'd CPR BVM ventilations

1110 perfusing HR BP 130/60 HR 130 cont'd BVM ventilations @ 20 bpm LVG ST @ 130's

* 1111 comm. c̄ CA ER orders per DR. HASAN to slow IV to TKO ∅ other orders rec'd BP 112/60 HR 130 cont'd BVM ventilations

SUCTIONING PINK FROTHY SPUTUM / 1120 VIA ETT

1117 ⟹ cont'd BVM ventilations reassessed L.S. cont'd = Bilat c̄ coarse rhonchi

BP 115/75 HR 130 EKG ST @ 130's [illegible] vitals c̄ ∅ PVC's multi [illegible] cont'd suctioning pink frothy [illegible]

*** pt removed from boat placed on gurney - OPA 'spit' out by pt - clenching down - BVM ventilations initiated - RAT1 PROTOCOLS - 3cc versed / 3.5cc succy IVP difficult intubation - bloody H2O oropharynx - p̄ suction V-Vac successful #7.5 ETT INTUBATION - PT WENT into ASYSTOLE - CPR INITIATED - cont. BVM vents thru-out p̄ 1st LINE DRUGS spontaneous pulse - perfusing rhythm c̄ vitals as noted - pt remained sedated until 2 3mins OUT OF CASTLE - soft restraints placed to wrists bila to prevent pt from grabbing @ tube - pt. c̄ intermittent periods of "coughing" on tube - some spontaneous respirat ∅ other Δ's in pt's status enroute - pt remained c̄ eyes closed - unresponsive @ DL position

Place of Discharge: CA

Reason: Patient Request 1 ☐ M.D. Request 2 ☐ Protocol 3 ☑ T/R 4 ☐ Refused Treatment 5 ☐ Other 6 ☐

Signature of Attendant #1 [signature] Technician ID # 1716 Date 8/14/02

Signature of Attendant #2 [signature] Kaneda Technician ID # M46

300 /38

Police: K. OSMOND, c/o HPD
DOD: 081602
Class: Unattended Death
HPD #: 02-315747

FUKUOKA, MITSUKO 02-315747

| | Thumb | Index | Middle | Ring | Little |
|---|---|---|---|---|---|
| Right | | | | | |
| Left | | | | | |

FUKUOKA, MITSUKO

Printed By: James ANNINO, M.E. Investigator

Date/Time: 081602 1930 hours

Location: C&C Morgue

In Presence of: J. CULLEN APT

IDENTIFICATION:

HDL #

A-

State I.D. #

HOW IDENTIFIED:

___ Positive ID thru fingerprint comparison

X ID thru other means - refer to investigator's report.

Signature S. Siu
Date/Time 8-22-02 / 1330

IDENTIFIED AS:

Name: FUKUOKA, Mitsuko
Address: 1101-1 Kibune Shizuoka, Hamakaita-Shi, Japan
Race/Sex: Japanese Female
Age & DOB: 43 [redacted]
Social Security #:
Height: 5'3" (63")
Weight: 130 lbs

ADDITIONAL INFORMATION:

Officer Masen Kuaiwa
c/o HPD

8-14-02

02-315747
Unatttended DOA

Follow-up Report

Assignment

Assigned this case on 8-19-02, by Lieutenant William Kato for further investigation.

Victim

Mitsuko Fukuoka (F/43)
Shizuoka-Ken, Hamaki, Dashi, Kibune, 1101-1 Japan
Tourist
D.O.B. : [redacted]

Scene

46-509 Kamehameha Highway

Date/Time

8-14-02 / 1030 prior / Wed

Prounouncement

[redacted], 8-16-02, Friday

Investigation

Victim a tourist on an outing near Heeiwa Pier in Kaneohe Bay apparently drowned while on a Snuba dive. She was in hospital for two days before expiring. Autopsy will be fowarded upon receipt.

Disposition

Records only.....

Det. Larry Tamashiro [redacted]
CID HOMICIDE
9-5-02 0835

Approved by:

| Cleared/Closed | Deferred |
|---|---|
| Arrest Exception Unfounded Outside | |