DEPARTMENT OF THE MEDICAL EXAMIN

# CITY AND COUNTY OF HONOLULU

835 IWILEI ROAD • HONOLULU, HAWAII 96817
TELEPHONE: (808) 527-6777 • FAX: (808) 524-8797 • INTERNET: www.co.honolulu.hi.us

JEREMY HARRIS
MAYOR



KANTHI VON GUENTHNER, M.D.
CHIEF MEDICAL EXAMINER

WILLIAM W. GOODHUE, JR., M.D.
FIRST DEPUTY MEDICAL EXAMINER

GAYLE F. SUZUKI, M.D.
DEPUTY MEDICAL EXAMINER

April 12, 2004

## DOCUMENT CHECKLIST

RE: _____Fukuoka, Mitsuko_____     M.E. # ___02-1079*___

To obtain documents listed below concerning the above subject matter, a written request either with subpoena or the signature of the Administrative Representative of the Estate is required. If you request without a subpoena, we will forward your request to the Corporation Counsel for final disposition. Following Corporation Counsel's approval, please indicate below the items you wish to obtain and follow the attached instruction sheet.

| Item | Avail Yes | No | # of Items | Requesting Items Yes | No |
|------|------|------|------|------|------|
| 35 mm slides | ☐ | ☒ | _____ | ☐ | ☐ |
| Polaroids | ☐ | ☒ | _____ | ☐ | ☐ |
| Micro slides | ☒ | ☐ | *15* | ☐ | ☐ |
| Tissues | ☐ | ☒ | _____ | ☐ | ☐ |
| X-rays | ☐ | ☒ | _____ | ☐ | ☐ |
| Digital photographs | ☒ | ☐ | *8* | ☐ | ☐ |
| Other: _____ | | | | | |
| _____ | ☐ | ☐ | _____ | ☐ | ☐ |

Requesting items as checked above:

_____
Signature of Requestor & Date

EXHIBIT 6

## PROCEDURES FOR OBTAINING DUPLICATE DOCUMENTS

### 35mm Slides and Polaroids

Make arrangements with a photo shop of your choice to have these duplicated. Call our office (527-6777) and let us know who will be duplicating the slides/polaroids. We will take our originals to the photo shop and pick them up when completed. **YOU WILL BE RESPONSIBLE FOR PICKING UP AND PAYING FOR THE DUPLICATE COPIES.**

### Digital Photographs

Digital photographs can be forwarded to you on a CDROM disk, at a cost of $5.00 per disk. Hard copy prints of the images (printed on laser color copy paper – not photographic paper) can be requested at a cost of $5.00 per page. Images will be printed two 4" x 6" images per 8-1/2" x 11" page, one sided only.

### Micro Slides

There is an advanced fee of $10.00 per slide. As soon as payment is received, we will make the duplicate copies and call you when they are ready for pick up. Slides may require up to 2 weeks to prepare depending on the complexity of the case.

### Tissues

Available to the next-of-kin by receipt of a letter except in criminal cases in which case a subpoena is required. When the case has been adjudicated, a subpoena will no longer be necessary. All other persons requesting tissue specimens must do so by means of a subpoena.

Release and preparation of tissue must be done by or under the supervision of the pathologist who performed the autopsy. The Medical Examiner's lab will prepare, embed in paraffin wax, and cut and mount sections on slides. The slides will be available as stained or unstained specimens. There will be an additional $5.00 fee per slide for this additional preparation (total charge per slide - $15.00).

### X-rays

Make arrangements with a radiological facility/hospital of your choice to have these duplicated. Call our office and let us know who will be duplicating the x-rays. We will take our originals to the facility/hospital and pick them up when completed. **YOU WILL BE RESPONSIBLE FOR PICKING UP AND PAYING FOR THE DUPLICATE COPIES.**


**APPLICABLE FEES ARE PAYABLE TO THE DEPARTMENT OF THE MEDICAL EXAMINER, 835 Iwilei Road, Honolulu, Hawaii 96817.**

CITY AND COUNTY OF HONOLULU
**DEPARTMENT OF THE MEDICAL EXAMINER**

## INVESTIGATION OF DEATH

**Date:** 08/16/2002

**Case No.** 02-1079*

**Name of Deceased:** FUKUOKA, Mitsuko

**Address:** 1101-1 Kibune Shizuoka, Hamakaita-Shi, Japan

**Age:** 43  **Sex:** F    **Race:** Japanese

**Marital Status:** Married

**Birthdate:** 02/02/1959 **Birthplace:** Japan

**Ht:** 63     **Wt:** 130

**Occupation:**

**SSN:**

**Next of Kin:** FUKUOKA, Shiroh

**Relationship:** Husband

**Address:** Same address

**Telephone:** 053-585-0517

**Pronounced dead by:** Dr James PEARCE

**Time:** 17:11 hrs.  **Date:** 08/16/2002

**Place of death:** CCU, Castle Medical Center, Kailua, HI

**Incident at work:** No

**Place of incident:** Heeia Kea Boat Harbor, 46-509
    Kamehameha Highway, Kaneohe, Hawaii 96744

**Time:** 10:35 hrs.  **Date:** 08/14/2002

**Notified by:** Stan @ CMC-CCU

**Time:** 17:40 hrs.  **Date:** 08/16/2002

**Arrival at scene:**

**Time:** 18:10 hrs.  **Date:** 08/16/2002

**Visual ID by:** FUKUOKA, Shiroh

**Time:** 18:30 hrs.  **Date:** 08/16/2002

**Relationship:** Husband

**Telephone:** 053-585-0517

**Address:** Same address

**Witnessed by:** James ANNINO    MEI

**Other ID by:** Prints on file

**Time:**      hrs.  **Date:**   / /

**Removal from scene:**

**Time:** 18:45 hrs.  **Date:** 08/16/2002

**Attendants:** J. CULLEN    APT

**Arrival at C&C Morgue:**

**Time:** 19:10 hrs.  **Date:** 08/16/2002

**Police Investigators:** K. OSMOND    HPD-02-315747n

**Personal property taken:** No

*James R. Annino*
James R. ANNINO
----------------------------------------
Medical Examiner's Investigator

INVESTIGATION OF DEATH                          CASE NUMBER 02-1079*
RE: FUKUOKA, Mitsuko                            Possible Drowning
Page 1

<u>SYNOPSIS</u>:

   The decedent, a tourist from Japan, was taking part in an
underwater adventure, where participants are outfitted with a round
plastic helmet that fits over the head and shoulders and is
attached to an air hose that feeds air from the boat. There are six
participants to two instructor/guides and they dive from 12 to 15
feet and then walk along the ocean floor. On 08-14-02 the decedent
was walking along the ocean floor when she began trying to climb
the ladder to the boat. One of the instructors noticed she was
having trouble and went to help her. When they got her to the
surface she was unresponsive. CPR was initiated and the decedent
coughed up some type of bloody material. She was then transferred
to Castle Medical Center where she was admitted to the CCU. She
remained in that unit until her expiration on 08-16-02.

<u>POSITION OF DECEDENT</u>:

   When first observed by this writer the decedent was supine on
a hospital bed with her head in the south direction. She was
intubated at the oral cavity and was covered with a white sheet
from the neck to the feet. Removal of this sheet revealed the
remains of an adult female who was attired in a blue print hospital
gown. An external, visual examination of the remains revealed IV
needles in the right and left inner elbow regions and a Foley
Catheter in place.

<u>SCENE</u>:

   The scene of death was Room 5, CCU, Castle Medical Center,
Kailua, Hawaii.

   The incident scene was Heeia Kea Boat Harbor, 46-509
Kamehameha Highway, Kaneohe, Hawaii.

<u>SCENE VISITED</u>:

   The incident scene was not visited.

<u>WITNESSES INTERVIEWED</u>:

   FUKUOKA, Shiroh
   Husband of the decedent

FUKUOAKA was interviewed in the CCU of Castle Medical Center on or
about 1830 hours 08/16/02.

FUKUOKA related that the decedent had no known medical history, was
not consulting a physician for any reason, and was not on any
prescribed medications.

INVESTIGATION OF DEATH
RE: FUKUOKA, Mitsuko
Page 2

CASE NUMBER 02-1079*
Possible Drowning

FUKUOKA also related that the decedent was a very good swimmer and
that on the day of the incident she was not complaining of any pain
or illness.

      MORISHIGE, Hideo
      Representative
      Morning Star Cruises
      DBA/Kaneohe Bay Ocean Sports
      239-8886

MORISHIGE related that the dive boat that the decedent was on had
two instructors per every six students. The dive consisted of
students and instructors putting on a clear plastic, round helmet
that covered the head and went to the shoulder area. An air line
runs from the boat to the helmet and provides a continuous air
supply to the helmet. The students and instructors dive to depths
of twelve to fifteen feet. On the day of the incident the decedent
was at a depth of about fifteen feet when one of the instructors
saw the decedent in some kind of trouble she was trying to reach
the underwater ladder from the boat but was having difficulty in
walking toward it. The instructor went to her aid and assisted her
to the ladder. The decedent was unable to climb the ladder and the
instructor pulled her to the surface. She was taken aboard the boat
where she was found to be unresponsive and CPR was initiated aboard
the boat.

WEAPONS USED:

    None

INFORMATION FROM LAW ENFORCEMENT PERSONNEL:

    None

MEDICATIONS:

    None

PROPERTY RECOVERED:

    None

RECHECK AT MORGUE:

    An external, visual reexamination of the remains was made
after admission to the City & County of Honolulu, Medical Examiner
Facility at 1910 hours 08-16-02. It was noted that the remains were
those of an adult female was cool to the touch and whose limbs were
flaccid.

INVESTIGATION OF DEATH                          CASE NUMBER 02-1079*
RE: FUKUOKA, Mitsuko                            Possible Drowning
Page 3

INJURIES:

    None visible

SURGICAL INCISIONS:

    None

OLD SCARS:

    Old scars were noted on the right knee and right upper shin
and in the left knee area.

TATTOOS OR OTHER MARKS ON BODY:

    None

CLOTHING:

    None

NOTIFICATION OF NEXT OF KIN:

    FUKUOKA, Shiroh
    Husband of the decedent

FUKUOKA was present at the hospital and was aware of the death of
his wife. He was advised of the procedures for the disposition of
the remains on 08-16-02.

ORGAN/TISSUE DONATION:

    None

NOTES:

    None


                                    JAMES R. ANNINO
                                    INVESTIGATOR - MED
                                    2130 hours 20 August 2002

DEPARTMENT OF THE MEDICAL EXAMINER
## CITY AND COUNTY OF HONOLULU

835 IWILEI ROAD • HONOLULU, HAWAII 96817
TELEPHONE: (808) 527-6777 • FAX: (808) 524-8797 • INTERNET: www.co.honolulu.hi.us



JEREMY HARRIS
MAYOR

KANTHI VON GUENTHNER, M.D.
CHIEF MEDICAL EXAMINER

WILLIAM W. GOODHUE, JR., M.D.
FIRST DEPUTY MEDICAL EXAMINER

Gayle F. Suzuki, M.D.
DEPUTY MEDICAL EXAMINER

### AUTOPSY REPORT
### Case No. 02-1079

**RE:** FUKUOKA, Mitsuko

**DATE OF DEATH:** August 16, 2002

**DATE, TIME, AND PLACE OF EXAMINATION:** August 19, 2002
10:24 hrs.
C & C Medical Examiner

**BRIEF HISTORY:**

The decedent is a 43-year-old Japanese national, a tourist from Japan, reportedly with no known medical history, who was not consulting a physician for any reason, not on any prescribed medications, had not complained of any pain or illness, and was a very good swimmer. She was participating in underwater diving consisting of walking along the ocean floor at a depth of 12-15 feet outfitted with a round plastic helmet fitting over her head and resting on her shoulders and attached to an air hose feeding compressed air from a barge. She signaled distress to an instructor/guide, then became unresponsive while being assisted in climbing the ladder to the barge. Resuscitation was initiated on site and continued in the emergency room of Castle Medical Center where she was admitted to the critical care unit. She died on the third hospital day despite therapy and was pronounced.

**FINDINGS:**

1. Diffuse severe occlusive coronary atherosclerosis.

2. Recent acute myocardial ischemic changes.

3. Increased myocardial interstitial and perivascular fibrosis.

4. Cardiomegaly, 450 grams, with left ventricular hypertrophy, 2.0 cm.

FUKUOKA, Mitsuko

5. Pulmonary edema with hyaline membranes evidencing diffuse alveolar damage.

6. Early acute bronchopneumonia.

7. Early anoxic encephalomyelopathy.

8. Cerebral edema with cerebellar tonsillar herniation.

9. No demonstrable evidence of pneumothorax or air embolism.

10. Anthracotic pigmentation in pulmonary lymphatic channels.

11. Mild emphysema.

12. Fatty liver, mild.

13. Leiomyomata uteri.

CONCLUSION:

Based on these autopsy findings and the investigative and historical information available to me, in my opinion, this 43-year-old woman died as a result of asphyxia due to drowning as a consequence of a diving accident. Her heart enlargement, diffuse severe coronary artery narrowing by lipids, areas of acute heart cell necrosis due to compromised blood supply, and areas of heart scarring reflecting patchy death of heart muscle due to chronically inadequate coronary blood supply all indicate that a cardiac event, most likely an arrhythmia, contributed to her drowning by causing her to lose consciousness, then to aspirate water from the air-water interface at the base of her diving helmet. She might have begun experiencing the irregular heart beats at the time she first signaled distress. Although her medical history is reported negative, the pattern of her heart enlargement suggests the presence of untreated, perhaps undiagnosed high blood pressure, which in itself and certainly in any combination with any of the above, would be a risk factor as well for cardiac arrhythmia. There was no evidence of air embolism but the depth of the dive would not appear to make air embolism likely. The finding of anthracotic pigmentation in her lungs, possibly from smoking or otherwise inhaling carbonaceous material, and mild emphysema suggests there may have been some decreased lung capacity as well, although this may have been subclinical. Other findings are by and large secondary to those described above.

IMMEDIATE CAUSE OF DEATH: a) Asphyxia by drowning, 994.1.

FUKUOKA, Mitsuko

**Case No. 02-1079**
**Page 3**

Due to: b) Accidental drowning & submersion
while engaged in sport or
recreational activity w/ diving
equipment, E910.1.

**CONTRIBUTING CAUSE OF DEATH:** a) Ischemic heart disease, 414.9.

b) Cardiomegaly, 429.3.

**MANNER OF DEATH:** The manner of death is, in my opinion, accidental.

**COMPLETION DATE OF DEATH CERTIFICATE:** August 19, 2002

WILLIAM W. GOODHUE, JR., M.D.
FIRST DEPUTY MEDICAL EXAMINER
September 6, 2002

**FUKUOKA, Mitsuko**

**Case No. 02-1079**
**Page 4**

### AUTOPSY PROTOCOL
### Department of the Medical Examiner
### City and County of Honolulu

This autopsy is performed by Dr. William W. Goodhue, Jr. with the assistance of Mr. Chris Paul.

**EXTERNAL EXAMINATION:**  The body is identified by a tag on the right great toe and hospital identification bands on the right wrist and left forearm.  It is completely disrobed when first seen and is unaccompanied by items of clothing.  The body is that of a well-nourished, well-developed Japanese female of average build that appears compatible with the listed age of 43 years.  The length is 63 inches and the weight is 130 pounds.  It is well preserved and embalming has not been done.

**Rigor:**  Well developed in masseter muscles and in the extremities.

**Lividity:**  Present on posterior dependent parts.

**Temperature:**  That of the refrigeration unit.

**Skin:**  Unremarkable except as described elsewhere.

**Hair:**  Straight, long, black, measuring 20 cm at the vertex.

**Scalp:**  Unremarkable.

**Ears/Nose:**  Unremarkable.

**Eyes:**  Appear somewhat protuberant.  There are no conjunctival petechiae or is conjunctival injection evident.

**Mouth/Lips:**  Lips are pale.  Maxillary, mandibular, and lingual frenulums are intact.

**Teeth:**  In adequate repair.  A mandibular incisor is absent, possibly artifactually related to resuscitative intubation procedures.

**Face/Neck:**  Unremarkable except as described elsewhere.

**Chest/Breasts:**  Unremarkable.

**Arms/Hands/Fingernails/Legs/Feet/Toenails:**  Nail beds are pale.  Otherwise, unremarkable.

**Abdomen:**  Slightly scaphoid.

FUKUOKA, Mitsuko

Case No. 02-1079<br>Page 5

Back/Anus:  Unremarkable.

External Genitalia:  Normal adult female.

**IDENTIFYING MARKS** (Scars, Tattoos, Other):

Scars:

1.  Scars, multiple, variably sized, anterior left patella, ranging from 0.5 to 5 cm in greatest dimension, in an aggregate area 5 x 5 cm.

2.  Scars, multiple, anterior left lower leg, ranging in size from 0.5 to 1 cm, in an aggregate area approximating 13 x 5 cm.

3.  Scars, multiple, right lower leg, ranging in size from 0.5 to 3 cm, in an aggregate area approximating 19 x 8 cm.

4.  Scars, multiple, anterior right patella, ranging in size from 0.5 to 2 cm, in an aggregate area approximating 7 x 5 cm.

5.  Punctate depigmented scars, right inframaxillary, having dimensions up to 0.2 cm in cross dimension, in an aggregate area 2 x 1 cm.

Tattoos:  None identified

**NEEDLE TRACKS/PUNCTURE WOUNDS:**  None identified.

**MEDICATIONS WITH BODY:**  None.

**EVIDENCE OF TREATMENT:**

1.  Nasogastric tube

2.  Endotracheal tube

3.  Vascular access sites, right jugular area, left antecubital fossa, left wrist, right antecubital fossa, right forearm, right wrist

**EVIDENCE OF INJURY:**  None.

**INTERNAL EXAMINATION:**

Head/Central Nervous System:  Reflection of the scalp shows the usual scattered reflection petechiae.  The calvarium is intact.  Removal of the calvarium shows the epidural space to be normal.  No collections of subdural blood are present.  The brain

FUKUOKA, Mitsuko                                    Case No. 02-1079
                                                   Page 6

is removed in the usual manner and weighs 1,560 grams.  The
leptomeninges are smooth and glistening.  Convexities of the
cerebrum and cerebellum are symmetrical.  The gyri are diffusely
widened and the sulci are diffusely thinned.  The brain
subjectively appears diffusely softened.  There is notching
bilaterally of the cerebellar tonsils.  The vessels at the base
of the brain are normally located and no anomalies or significant
atherosclerosis is identified.  Serial sections of the brain show
the cerebral cortical ribbon to be intact.  The lateral
ventricles are normal.  Sections show bilateral duskiness of the
basal ganglia with punctate prominence of vascularity.  The usual
anatomical landmarks of the cerebrum, midbrain, cerebellum, pons
and medulla demonstrate no abnormalities.  Removal of the dura
from the base of the skull shows the usual anatomical features
without abnormalities.  The pituitary fossa is unremarkable.  The
foramen magnum demonstrates the normal orientation and the first
portion of the spinal cord viewed through the foramen magnum is
unremarkable.  The spinal cord is removed from the low cervical
through the high sacral areas by an anterior approach and
subjectively shows patchy softening.  There is no epidural,
subdural, subarachnoid, or intraparenchymal hemorrhage involving
the spinal cord.

    Neck Organs:  Examination of the soft tissues, cartilaginous
and bony structures of the neck demonstrates no abnormalities
with the usual anatomical relationships preserved.  Dissection of
neck musculature shows no evidence of soft tissue hemorrhages or
fractures of bony or cartilaginous structures.

    Body Cavities:  Pneumothorax is not demonstrable by
inserting a fluid-filled syringe into both pleural cavities prior
to opening the body.  The body cavities are opened in the usual
manner.  The pleural and peritoneal surfaces are smooth and
glistening and the pericardium is unremarkable.  The mediastinum
and retroperitoneum show the usual anatomical features.  The
leaves of the diaphragm are intact and the organs are
anatomically located.  There is no internal evidence of injury
within the thoracic or abdominal cavities.

    Cardiovascular System:  The heart weighs 450 grams.  Air
embolism is not identifiable by inserting a fluid-filled syringe
into chambers of the heart immediately after reflecting the
pericardium and prior to incising the heart and great vessels.
Examination of the epicardium shows it to be intact.  The
chambers demonstrate the usual shape.  The right and left
ventricular wall thicknesses respectively measure 2 and 0.3 cm.
The interventricular septum at the same level measures 2 cm in
thickness.  The coronary arteries are normally configured but
have lumina which are multifocally and diffusely severely
narrowed over 75% by lipid deposits.  Although this process is
diffuse, the left coronary artery distribution is more affected

FUKUOKA, Mitsuko

than is that of the right.  Cut surfaces of the myocardium show a normal color.  The valves are intact with the usual anatomical relationships.  The aorta follows the usual course and exhibits mild atherosclerosis in the form of yellow streaking, principally in its abdominal portion.  The origins of the major vessels are normally located and unremarkable.  The great vessels of the venous return are in the usual position and unremarkable.

Respiratory System:  The larynx, trachea and bronchi have lumina containing abundant finely frothy, foamy material.  The right and left lungs weigh 1,000 and 870 grams, respectively, and appear diffusely and firmly distended with prominence of subpleural lymphatic channels.  Cut surfaces show diffusely dusky, red rubbery parenchyma with finely frothy fluid exuding spontaneously and more prominently under pressure from all portions of both lungs.  The pulmonary vessels occupy the usual relationships without evidence of emboli.

Hepatobiliary System:  The liver weighs 1,500 grams and has a smooth, glistening surface.  Cut surfaces show the usual anatomical landmarks with a deep red parenchyma.  The gallbladder contains approximately 40 cc of bile and no abnormalities are present in the mucosal lining.  The biliary tree is normally located and no abnormalities are demonstrated.

Lymphoreticular System:  The spleen weighs 120 grams and has a smooth, glistening capsule and an unremarkable parenchyma.  The thymus is unremarkable for age.  The lymph nodes show no notable pathological change.

Urinary System:  The right and left kidneys weigh 230 and 250 grams, respectively.  The cortical surfaces are smooth and glistening with good preservation of the cortex and good cortico-medullary differentiation.  The pelves and ureters are unremarkable.  The bladder is unremarkable and contains 40 cc of straw-colored urine.

Internal Genitalia:  Examination of the vaginal vault internally shows the usual rugal pattern without abnormalities.  The uterus occupies the usual position and is of a normal size.  Subserosal uterine leiomyomas are identified.  The endometrium is unremarkable.  The adnexa lie in the usual position with normal gross anatomical features.

Gastrointestinal Tract:  The pharynx and esophagus are unremarkable.  The stomach lies in a normal position and contains 50 cc of somewhat flocculent-appearing watery material amidst which no pills, tablets, or other medicaments can be identified.  The mucosal lining of the stomach is intact.  The small bowel and large bowel are unremarkable.  The appendix is present.

FUKUOKA, Mitsuko                                    Case No. 02-1079
                                                    Page 8

    Endocrine System:  The pituitary, thyroid, adrenals and pancreas show the usual anatomical features without evidence of natural disease or injury.

    Musculoskeletal System:  No fractures are identified and the skeletal muscle demonstrates the normal appearance.  The bone marrow where visualized is unremarkable.

    Miscellaneous:  The abdominal fat measures approximately 5 cm in thickness without abnormalities.  No hernias are identified.

    **TOXICOLOGY:**  See attached report of Medical Examiner Laboratory.

    **MICROSCOPIC:**

Coronary arteries:

      Severe occlusive coronary atherosclerosis

Heart:    Myocyte hypertrophy

      Patchy increase in myocardial interstitial and perivascular fibrosis

      Severe obliterative fibrous scarring in papillary muscles of the mitral valve with myocardial contraction band necrosis in papillary of mitral valve evidencing recent ischemic myocardial injury

Lungs:    Anthracotic pigmentation in peribronchial lymph nodes

      Presence of germinal centers in focal peribronchial lymph node follicles

      Acute congestion with patchy fresh confluent intra-alveolar hemorrhage

      Presence of intra-alveolar histiocytes

      Pulmonary edema

      Ectasia of pulmonary lymphatic channels

      Patchy presence of hyaline membranes

      Early acute bronchopneumonia

FUKUOKA, Mitsuko

Spinal cord:      Segmental anoxic myelopathy including
                  vascular congestion, patchy intraparenchymal
                  hemorrhages, neuronal dropout, and patchy
                  necrosis of the neuropil


                        * * * * * * * *

CITY AND COUNTY OF HONOLULU
DEPARTMENT OF THE MEDICAL EXAMINER

LABORATORY REPORT FORM

---

Name of Deceased: FUKUOKA, Mitsuko
Requested by: WILLIAM W. GOODHUE, JR., M.D.                    Case no: 02-1079*

---

SPECIMENS

[X] BLOOD      [X] VITREOUS [X] BILE    [ ] DISCARD
[X] URINE      [ ] GASTRIC  [X] ORGANS  [ ] OTHER:
[X] HOLD       [ ] SAVE     [ ] DISCARD

[X] NaF

---

TESTS REQUESTED/RESULTS

ALCOHOL CONTENT
[X] WHOLE BLOOD: . 000   %
[ ] VITREOUS:        .   %
[ ] URINE:               %

---

ACID PHOSPHATASE (QUAL.)              ACID PHOSPHATASE (QUANT.)
[ ] VAGINAL:                          [ ] VAGINAL:                 U/L
[ ] ANAL:                             [ ] ANAL:                    U/L
[ ] ORAL:                             [ ] ORAL:                    U/L

---

BLOOD TYPE
[ ]   RH:

---

CARBON MONOXIDE
[ ] % SATURATED

---

CHLORIDE
[ ] LEFT HEART:    MEQ/L
[ ] RIGHT HEART:   MEQ/L

---

CULTURE
[ ] SENT TO STATE BOARD ON:   /   /

---

SPERMATOZOA
[ ] VAGINAL:
[ ] ANAL:
[ ] ORAL:

---

[X] TOXICOLOGY SCREEN
[X] HISTOLOGY: 15          [ ] TOXICOLOGY QUANTITATIVE
[X] SPECIAL:    5
                           SENT TO:
                           DATE:    /   /

---

Karen A. Roeller
--------------------
Technologist
08/26/2002

FUKUOKA, Mitsuko

Case No. 02-1079
Page 2


TOXICOLOGY SCREEN:
        BLOOD, URINE(0.5 ML):
                BLOOD:  PROBABLE ACETAMINOPHEN

STATE OF HAWAII
**DEPARTMENT OF HEALTH**
**Office of Health Status Monitoring**
P.O. Box 3378
Honolulu, Hawaii

**AUGUST 30, 2002**

**WILLIAM W. GOODHUE, JR., M.D.**
**OFFICE OF THE MEDICAL EXAMINER**
**835 IWILEI ROAD**
**HONOLULU, HI 96817**

Certificate No.

RECEIVED 2002

Time _9:30 a._M
MEDICAL EXAMINER
By ____ Is not complete.

Dear Doctor:

The death certificate for  **MITSUKO    FUKUOKA**

who died on  **AUGUST 16, 2002**  at  **CASTLE MEDICAL CENTER**

| PART I.  DEATH WAS CAUSED BY: | [ENTER ONLY ONE CAUSE PER LINE (a), (b), AND (c)] | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|
| 25.  CONDITIONS, IF ANY, WHICH GAVE RISE TO IMMEDIATE CAUSE (a), STATING THE UNDER-LYING CAUSE LAST | IMMEDIATE CAUSE<br>(a)  **ASPHYXIA**<br><br>DUE TO OR AS A CONSEQUENCE OF:<br>(b)  **DROWNING**<br><br>DUE TO OR AS A CONSEQUENCE OF:<br>(c)  **DIVING ACCIDENT** | |

| PART II.  OTHER SIGNIFICANT CONDITIONS: CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I(a) | 26a.  AUTOPSY (YES OR NO)  **YES** |
|---|---|
| Ischemic heart disease<br>Cardiomegaly | 26b.  IF YES, WERE FINDINGS CONSIDERED IN DETERMINING CAUSE OF DEATH? **YES** |

| 27a.  ACCIDENT, SUICIDE, HOMICIDE, OR UNDETERMINED (SPECIFY)<br>**ACCIDENT** | 27b.  DATE OF INJURY (MONTH, DAY, YEAR)<br>**AUGUST 14, 2002** | 27c.  HOUR<br>**10:35AM** | 27d.  DESCRIBE HOW INJURY OCCURRED<br>**THE DECEDENT BECAME UNRESPONSIVE WHILE UNDERWATER WITH DIVING EQUIPMENT.** |
|---|---|---|---|
| 27e.  INJURY AT WORK (SPECIFY YES OR NO)<br>**NO** | 27f.  PLACE OF INJURY AT HOME, FARM, STREET, FACTORY, OFFICE BLDG., ETC. (SPECIFY)<br>**OCEAN** | | |

| 27g.  LOCATION (STREET OR R.F.D. NO., CITY OR TOWN, STATE) |
|---|
| **HEEIA KEA BOAT HARBOR, 46-509 KAMEHAMEHA HIGHWAY, KANEOHE, HAWAII** |

**Per phone call of August 27, 2002, you wish to change the entry in item #25. – Part II.**

**Please re-certify item checked in red above.**

DATE SIGNED   _9-6-02_                    SIGNATURE _____M.D.
*A prompt reply will be appreciated.   You may use the enclosed envelope.*

Note:
   Please call 586-4540
   if there are any questions.

Very truly yours,

_Alvin T. Onaka_

~~Deputy~~ State Registrar

STATE OF HAWAII
DEPARTMENT OF HEALTH
OFFICE OF HEALTH STATUS MONITORING

# CERTIFICATE OF DEATH

STATE
FILE NO. 151

TYPE ALL ENTRIES.
USE BLACK INK
FOR SIGNATURES.

**DECEASED**

1. DECEASED — FIRST NAME
Fukuoka,
NAME

MIDDLE NAME

LAST NAME
Mitsuko

2. SEX

3. DATE OF DEATH (MONTH, DAY, YEAR)
August 16, 2002

DATE OF DEATH
Aug. 16, 2002

5:11 P.m. TIME OF DEATH

4a. RACE

4b. IS PERSON OF SPANISH ORIGIN?
1 J Puerto Rican  2 J Mexican  3 J Cuban
4 J Central American  MO J
5 J other & Unknown Spanish Origin

5a. AGE—LAST BIRTHDAY (Years)

5b. UNDER 1 YR.
MOS.  DAYS

5c. UNDER 1 DAY
HOURS  MIN.

6. DATE OF BIRTH (MONTH, DAY, YEAR)

7a. COUNTY OF DEATH

7b. CITY, TOWN OR LOCATION OF DEATH

7c. HOSPITAL OR OTHER INSTITUTION NAME (IF NOT IN EITHER, GIVE STREET AND NUMBER)

7d. IF HOSP. OR INST. INDICATE DOA, OP/EMER (IN/ INPATIENT (SPECIFY))

8. STATE OF BIRTH (IF NOT IN U.S.A., NAME COUNTRY)

9. CITIZEN OF WHAT COUNTRY

10. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY)

11. SURVIVING SPOUSE (IF WIFE, GIVE MAIDEN NAME)

12. WAS DECEDENT EVER IN U.S. ARMED FORCES? (Specify Yes or No)

13. SOCIAL SECURITY NUMBER

14a. USUAL OCCUPATION (Give kind of work done during most of working life, even if retired)

14b. KIND OF BUSINESS OR INDUSTRY

14c. EDUCATION (Specify highest grade completed)

15a. RESIDENCE STATE

15b. COUNTY

15c. CITY, TOWN OR LOCATION

15d. INSIDE CITY LIMITS (SPECIFY YES OR NO)

16. NUMBER, STREET AND ZIP

**PARENTS**

16. FATHER — FIRST NAME

MIDDLE NAME

LAST NAME

17. MOTHER — FIRST NAME

MIDDLE NAME

MAIDEN NAME

18. INFORMANT — NAME

18a. MAILING ADDRESS (STREET OR R.F.D. NO., CITY OR TOWN, STATE, ZIP)

**DISPOSITION**

19a. BURIAL, CREMATION, REMOVAL (SPECIFY)

19b. CEMETERY OR CREMATORY—NAME

19c. LOCATION

CITY OR TOWN

STATE

19d. DATE (MONTH, DAY, YEAR)

19e. PERMIT NUMBER

20a. FUNERAL HOME—NAME

20b. FUNERAL DIRECTOR—SIGNATURE

**CERTIFIER**

LICENSE NO
(Certifying Physician)

To be completed by
MEDICAL EXAMINER or
CORONER'S PHYSICIAN
ONLY

To be completed by
CERTIFYING PHYSICIAN
ONLY

21a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) and circumstances stated below (Items #21b through #21c where applicable)
(Signature and Title) ▶

22a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) and circumstances stated and described below (items #22b through #22j where applicable)
(Signature and Title) ▶

21b. DATE SIGNED (MO., DAY, YR.)

21c. TIME OF DEATH

M

22b. DATE SIGNED (MO., DAY, YR.)
August 19, 2002

22c. TIME OF DEATH
5:11  p  M

22i. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (TYPE OR PRINT)

22d. PRONOUNCED DEAD (MO., DAY, YR.)
on  August 16, 2002

22e. PRONOUNCED DEAD (TIME)
at  5:11  p  M

23. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, MEDICAL EXAMINER OR CORONER) (TYPE OR PRINT)
William W. Goodhue, Jr., M.D., 835 Iwilei Road, Honolulu, Hawaii  96817

24a. DATE RECEIVED BY LOCAL REGISTRAR

24b. DATE FILED BY STATE REGISTRAR

24a. REGISTRAR — SIGNATURE

**INTENTIONAL FALSIFICATION IS A MISDEMEANOR**

PART I.  DEATH WAS CAUSED BY:

ENTER ONLY ONE CAUSE PER LINE FOR (a), (b), AND (c)

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

IMMEDIATE CAUSE
(a)  Asphyxia

DUE TO OR AS A CONSEQUENCE OF

25. CONDITIONS, IF ANY, WHICH GAVE RISE TO IMMEDIATE CAUSE (a), STATING THE UNDERLYING CAUSE LAST

(b)  Drowning

DUE TO OR AS A CONSEQUENCE OF

(c)  Diving accident

PART II. OTHER SIGNIFICANT CONDITIONS. CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART 1(a)

**CAUSE**

Cardiomegaly

Hypertension

26a. ACCIDENT, SUICIDE, HOMICIDE, OR UNDETERMINED (SPECIFY)
Accident

26b. DATE OF INJURY (MONTH, DAY, YEAR)
August 14, 2002

26c. TIME OF INJURY
10:35  a.m.

26e. DESCRIBE HOW INJURY OCCURRED
The decedent became unresponsive while
underwater with diving equipment.

27a. INJURY AT WORK? (SPECIFY YES OR NO)
No

26f. PLACE OF INJURY AT HOME, FARM, STREET, FACTORY, OFFICE BLDG., ETC (SPECIFY)
Ocean

28a. AUTOPSY (YES OR NO)
Yes

28b. IF YES, WERE FINDINGS CONSIDERED IN DETERMINING CAUSE OF DEATH?
Yes

26g. LOCATION (STREET OR R.F.D. NO., CITY OR TOWN, STATE)
Heela Kea Boat Harbor, 46-509 Kamehameha Highway, Kaneohe, Hawaii

OHSM 7 (Rev 1/98)

Police: K. OSMOND, c/o HPD
DOD: 081602
Class: Unattended Death
HPD #: 02-315747

| Thumb | Index | Middle | Ring | Little |
|-------|-------|--------|------|--------|

Right

Left



*(handwritten, right margin, vertical)* FUKUOKA, MITSUKO  02-315747

*(handwritten, left margin, vertical)* FUKUOKA, MITSUKO

Printed By:  James ANNINO, M.E. Investigator

Date/Time:  081602    1930 hours

Location:   C&C Morgue

In Presence of: J. CULLEN   APT

IDENTIFICATION:

HDL #

A-

State I.D. #

HOW IDENTIFIED:

____  Positive  ID  thru  fingerprint comparison

____  ID thru other means - refer to investigator's report.

Signature _____
Date/Time _____

IDENTIFIED AS:

Name: FUKUOKA, Mitsuko
Address: 1101-1 Kibune Shizuoka, Hamakaita-Shi, Japan
Race/Sex: Japanese Female
Age & DOB: 43    020259
Social Security #:
Height: 5'3"    (63")
Weight: 130 lbs

ADDITIONAL INFORMATION:

DEPARTMENT OF THE MEDICAL EXAMINER
## CITY AND COUNTY OF HONOLULU
835 IWILEI ROAD • HONOLULU, HAWAII 96817
TELEPHONE: (808) 527-6777 • FAX: (808) 524-8797 • INTERNET: www.co.honolulu.hi.us



JEREMY HARRIS
MAYOR

KANTHI VON GUENTHNER, M.D.
CHIEF MEDICAL EXAMINER

WILLIAM W. GOODHUE, JR., M.D.
FIRST DEPUTY MEDICAL EXAMINER

BANI H. WIN, M.D.
DEPUTY MEDICAL EXAMINER

Date _Aug. 19, 2002_

Dear Sirs:

    I hereby request copies of the autopsy report in the case(s)

of _Mitsuko Fukuoka    02-1079_

who died here under investigative circumstances on _8-16-02_ .

    My payment in the amount of $ ____ , covering the cost of the

report, is enclosed.

Name _Dept. of Land & Natural Resources_
Address _c/o Officer Wesley Mundy_
_1151 Punchbowl St._
_Hon. 96813_

Enclosure

For office use only:    Receipt No. _____

                Amount    $ _____

                Date _____

_Sent 9/10/2_



# GRAY W. NELSON & COMPANY

PD License #383                                    State Adjuster License #102604

## INSURANCE ADJUSTERS AND INVESTIGATORS

1154 Fort Street Mall, Suite 410                              Honolulu, Hawaii 96813-2714
Phone (808) 523-5504    Email: GNCAdjustHawaii@aol.com    Fax (808) 523-5575

August 23, 2002

RECEIVED
AUG 2 6 2002
Time 2:15 P. M
MEDICAL EXAMINER
By _____

Department of the Medical Examiner
835 Iwilei Road
Honolulu, HI 96817

RE:    Case Number:       02-1079
       Deceased:          Fukuoka, Mitsuko
       D/A:               8/14/02
       DOD:               8/16/02
       Our Insured:       Morning Star Cruises, Inc./KBOS
       Our File No.:      GNC 077-2002

Dear Sir/Madam:

We are the independent insurance adjustors presenting the above insured and their
CGL insurance carrier, Admiral Insurance Company, concerning the investigation of a
drowning which may have occurred during the insured's shallow water diving activity.

Enclosed is our check, payable to Department of the Medical Examiner, in the amount
of $5.00 for a complete copy of the Autopsy Report for Mitsuko Fukuoka.

Please forward same at your earliest convenience to my attention at the address above.

Thank you,

Gray W. Nelson
President

GWN:kmg
Encl.: GNC check #3347

Sent 9/10/2



**Castle Medical Center**

640 Ulukahiki Street
Kailua, Hawaii 96734-4498
(808) 263-5500

RECEIVED
OCT 2 8 2002
Time 2:30 P. M
MEDICAL EXAMINER
By

Date    October 25, 2002

OFFICE OF THE MEDICAL EXAMINER
835 IWILEI ROAD
HONOLULU, HI  96817

RE:  FUKUOKA, MITSUKO
     Date of Death: 8-16-02

Dear Sir:

I am requesting a copy of the Medical Examiner's Autopsy Report, for the above-mentioned patient who expired here at Castle Medical Center.

I have enclosed a self-addressed envelope for your convenience.

Thank you for honoring this request.

Sincerely,

Mary Beckley

Mary Beckley, Health Information Management Coordinator
Castle Medical Center
Medical Records Department

Sent
10/29/2



**U.S. Consumer Product Safety Commission**
575 Cooke Street, Suite A • PMB 2208 • Honolulu, HI 96813
(808) 733-8710 voice • (775) 263-7538 fax

November 29, 2002

Dr. Kanthi von Guenthner
Honolulu Medical Examiner
835 Iwilei Road
Honolulu, Hawaii 96817

RECEIVED
DEC - 2 2002
Time ___2:20p.___M
MEDICAL EXAMINER
By _____

Dear Dr. von Guenther,

The U.S. Consumer Product Safety Commission, a federal regulatory agency, is investigating the following death:

     Victim: Fukuoka, Mitsuko
     Date of death: 08/16/02
     Incident: Drowning
     Medical Examiner's Case Number: 02-1079

Could you please send a copy of the complete medical examiner's report concerning this case, including the autopsy report, the investigation report, lab reports, and any other reports that you may have.

Please call me if you have any questions. Thank you for your assistance.

Sincerely,

David G. Cheng
Product Safety Investigator

1st 2 pages
sent 11/29/2
pli

DEPARTMENT OF THE MEDICAL EXAMINER
# CITY AND COUNTY OF HONOLULU
335 IWILEI ROAD • HONOLULU, HAWAII 96817
TELEPHONE: (808) 527-6777 • FAX: (808) 524-6797 • INTERNET: www.co.honolulu.hi.us



JEREMY HARRIS
MAYOR

KANTHI VON GUENTHNER, M.D.
CHIEF MEDICAL EXAMINER

WILLIAM W. GOODHUE, JR., M.D.
FIRST DEPUTY MEDICAL EXAMINER

Gayle F. Suzuki, M.D.
DEPUTY MEDICAL EXAMINER

Date _May 8, 2003_

Dear Sirs:

    I hereby request copies of the autopsy report in the case (s) of

_Fukuoka Mitsuko_

Who died here under investigative circumstances on ___8/16/2002___.

    My payment in the amount of $ _5⁰⁰_ covering the cost of the report, is enclosed.

Name _Toshimitsu Mukai_

Address _JI Accident & Fire Ins_

_2850 Kalakaua Ave  Honolulu_

_HI 96815_

Enclosure

For office use only: Receipt No. ___5900___

           Amount $ _5.00_

           Date _5/8/3_ gave ~ _5/8/3 ri_

AUG-19-02 MON 10:05     NUUANU MORTUARY          FAX NO. 808 528 0816          P. 01/01

Date: _6/19, 2002_

02-1079

To: Department of the Medical Examiner

Subject: Authorization to release remains

The undersigned hereby requests and authorizes the release of the

remains of _MITSUKO FUKUOKA_ to Nuuanu Mortuary.

_Fukuoka Shiroh_
Signature (Relative or Representative)

_1101-1 KIBUNE   APT 106_
Address

_HAMAKITA-SHI   SHIZUOKA-KEN, JAPAN  434-0038_
City, State, Zip Code

_HUSBAND_
Relationship

_Body released_
_to DC_

M.E. Case No. _02-1079_

Honolulu, Hawaii _08/16_ 20 _02_

This is to authorize the release of the remains of

_FUKUOKA, MITSUKO_ , deceased,

to _____ NUUANU _____ ,

designated as the agent for the funeral arrangements.

Items of clothing: _NONE_____

_____

_____

Posted: Yes _✓_ No _____

Condition of Body:

_X_ Normal

_____ Mild Decomposition

_____ Marked Decomposition

_____ Other (describe) _____

Released By: _____

Received By: _____

Date: _8/19/02_  Time: _1440_

MED. EX-3 (REV. 5/01)