Of Counsel:
LAW OFFICE OF ROBERT D. KAWAMURA
Attorneys At Law

ROBERT D. KAWAMURA  4537
107 Lawyers Building
550 Halekauwila Street
Honolulu, Hawaii      96813
Telephone: (808) 523-3777
Facsimile:   (808) 523-3780
Email:    Honolaw@aol.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 23 2006

at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

Attorneys for Plaintiffs/Limitation Defendants
SHIROH FUKUOKA, Individually and
as Personal Representative of
THE ESTATE OF MITSUKO FUKUOKA, and
as Next Friend Of MIHO FUKUOKA, a Minor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| In the Matter<br><br>Of<br><br>The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation.<br>_____<br>SHIROH FUKUOKA,<br><br>                              Plaintiff,<br><br>   Vs.<br><br>MORNING STAR CRUISES, INC.,<br>_____ | Civil No. CV03-00672SOM<br>(Non-Vehicle Tort)<br><br>**CERTIFICATE OF SERVICE**<br><br>Re: **PLAINTIFFS/LIMITATION DEFENDANTS SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend Of MIHO FUKUOKA'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGSTO LIMITATION DEFENDANT/ LIMITATION PLAINTIFF MORNING STAR CRUISES, INC.** |

CERTIFICATE OF SERVICE

EXHIBIT 8



THE UNDERSIGNED HEREBY CERTIFIES that on the date below, the above-referenced document was duly served upon the following party by was of hand delivery at the following address;

    Gregory K. Markham, Esq.
    Keith K. Kato, Esq.
    CHEE & MARKHAM
    1000 American Savings Bank Tower
    1001 Bishop Street
    Honolulu, Hawaii  96813

    Attorneys for Defendant/Limitation Plaintiff

Dated: Honolulu, Hawaii: _May 23, 2006_ .

_____
ROBERT D. KAWAMURA
Attorney for Plaintiffs/Limitation Defendants SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend Of MIHO FUKUOKA