


Of Counsel:
KAWAMURA LAW OFFICE
Attorneys At Law

ROBERT D. KAWAMURA 4537
107 Lawyers Building
550 Halekauwila Street
Honolulu, Hawaii    96813
Telephone: (808) 523-3777
Facsimile:   (808) 523-3780
Email:    Honolaw@aol.com

Attorneys for Plaintiffs/Limitation Defendants
SHIROH FUKUOKA, Individually and
as Personal Representative of
THE ESTATE OF MITSUKO FUKUOKA, and
as Next Friend Of MIHO FUKUOKA, a Minor


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I


| | |
|---|---|
| In the Matter<br><br>Of<br><br>The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | Civil No. CV03-00672SOM<br>(Non-Vehicle Tort) |
| SHIROH FUKUOKA,<br><br>    Plaintiff,<br><br>Vs.<br><br>MORNING STAR CRUISES, INC.,<br><br>    Defendant. | Civil No. 04-00588 SOM-BMK<br>(Consolidated)<br><br>**CERTIFICATE OF SERVICE** |


**CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES THAT on the date below a copy of the foregoing was duly served upon the following party by way of hand delivery at the following address;

> Gregory K. Markham, Esq.
> Keith K. Kato, Esq.
> Desiree Hikida Mokuohai, Esq.
> CHEE & MARKHAM
> 1000 American Savings Bank Tower
> 1001 Bishop Street
> Honolulu, Hawaii 96813
>
> Attorneys for Limitation Plaintiff
> MORNING STAR CRUISES, INC.

Dated: Honolulu, Hawaii, August 3, 2006.

Robert D. Kawamura

Attorney for Plaintiffs/
Limitation Defendants
SHIROH FUKUOKA, Individually
And as Personal
Representative of THE ESTATE
OF MITSUKO FUKUOKA, and
as Next Friend Of MIHO
FUKUOKA, a Minor