IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter ) | CV. NO. 03-00672 SOM-BMK |
| ) | |
| of ) | |
| ) | |
| The Complaint of MORNING STAR ) | |
| CRUISES, INC., a Hawaii corporation. ) | |
| ——————————————————— ) | CV. NO. 04-00588 SOM-BMK |
| SHIROH FUKUOKA, Individually and ) | [consolidated] |
| as Personal Representative of THE ) | |
| ESTATE OF MITSUKO FUKUOKA, ) | **DECLARATION OF GREGORY** |
| and as Next Friend of MIHO ) | **K. MARKHAM** |
| FUKUOKA, a Minor, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| MORNING STAR CRUISES, INC., a ) | |
| Hawaii corporation; JOHN DOES 1- ) | |
| 10, JANE DOES 1-10, DOE ) | |
| CORPORATIONS 1-10, DOE ) | |
| PARTNERSHIPS 1-10, DOE JOINT ) | |
| VENTURERS 1-10, DOE LIMITED ) | |
| LIABILITY ENTITES 1-10, DOE ) | |
| NON-PROFIT ENTITES, 1-10, DOE ) | |
| GOVERNMENTAL ENTITIES 1-10, ) | |
| DOE UNINCORPORATED ) | |
| ENTITIES 1-10, and OTHER DOE ) | |
| ENTITES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF GREGORY K. MARKHAM

GREGORY K. MARKHAM, hereby declares as follows:

1. I am a partner for the law firm of Chee & Markham and one of the attorneys for Limitation Plaintiff/Defendant Morning Star Cruises, Inc. in the above-entitled matter.

2. I have personal knowledge of and am competent to testify concerning the matters set forth below.

3. The answer to interrogatories that Limitation Defendants provided on July 12, 2006 were neither verified nor signed. Limitation Defendant did not provide signed and verified answers to interrogatories until August 21, 2006.

4. Limitation Plaintiff had made continual requests for discovery responses for nearly two-and-one-half years. Limitation Plaintiff provided discovery responses to Limitation Plaintiffs on August 9, 2006.

**I, GREGORY K. MARKHAM, DO DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.**

DATED: Honolulu, Hawaii, September 11, 2006

_____
GREGORY K. MARKHAM

6