ORIGINAL

**CHEE & MARKHAM**
Attorneys At Law

| | |
|---|---|
| **GREGORY K. MARKHAM** | (3453-0) |
| **KEITH K. KATO** | (5320-0) |
| **DESIREE HIKIDA MOKUOHAI** | (7793-0) |

1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-0111
Facsimile: (808)523-0115
Email: gmarkham@cheemarkham.com
      kkato@cheemarkham.com
      dmokuohai@cheemarkham.com

Attorneys for Defendant/Limitation Plaintiff
**MORNING STAR CRUISES, INC.**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 19 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

**LODGED**

SEP 15 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of | CV. NO. 03-00672 SOM-BMK |
| The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | |
| SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a Minor, | CV. NO. 04-00588 SOM-BMK |
| | **[CONSOLIDATED]** |
| | STIPULATION FOR ENLARGEMENT OF TIME TO SUBMIT DISCLOSURE OF EXPERT WITNESS AND REPORT; ORDER |
| Plaintiffs, | |
| vs. | |
| MORNING STAR CRUISES, INC., a Hawaii corporation; JOHN DOES 1- | Trial: February 21, 2007 |

| | |
|---|---|
| 10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURERS 1-10, DOE LIMITED LIABILITY ENTITES 1-10, DOE NON-PROFIT ENTITES, 1-10, DOE GOVERNMENTAL ENTITIES 1-10, DOE UNINCORPORATED ENTITIES 1-10, and OTHER DOE ENTITES 1-10, <br><br> Defendants. | ) Time: 9:00 a.m. <br> ) Judge: Hon. Susan Oki Mollway <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION FOR ENLARGEMENT OF TIME TO SUBMIT DISCLOSURE OF EXPERT WITNESS AND REPORT

IT IS HEREBY STIPULATED by and between Plaintiffs SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a Minor, and Defendant MORNING STAR CRUISES, INC. through their undersigned counsel, that MORNING STAR CRUISES, INC. shall have from September 20, 2006 up to and including October 20, 2006 within which to submit its disclosure of expert witness and report.

A trial date has been set for February 21, 2007 in this case and the enlargement stipulated to herein is not expected to affect such trial.

DATED: Honolulu, Hawaii, SEP 15 2006            .

                         ROBERT D. KAWAMURA

Attorney for Plaintiffs
SHIROH FUKUOKA, Individually and as
Personal Representative of THE ESTATE
OF MITSUKO FUKUOKA, and as Next
Friend of MIHO FUKUOKA, a Minor


                         GREGORY K. MARKHAM
                         KEITH K. KATO
                         DESIREE HIKIDA MOKUOHAI

Attorneys for Attorneys for
Defendant/Limitation Plaintiff
**MORNING STAR CRUISES, INC.**

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED
        COURT

---

In the Matter of The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation.

SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a Minor, Plaintiffs, vs. MORNING STAR CRUISES, INC., etal., Defendants. CV. NO. 03-00672 SOM-BMK/ CV. NO. 04-00588 SOM-BMK **[CONSOLIDATED]** -- STIPULATION FOR ENLARGEMENT OF TIME TO SUBMIT DISCLOSURE OF EXPERT WITNESS AND REPORT; ORDER