**CHEE & MARKHAM**
Attorneys At Law

**GREGORY K. MARKHAM**       (3453-0)
**KEITH K. KATO**            (5320-0)
**DESIREE HIKIDA MOKUOHAI**  (7793-0)
1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-0111
Facsimile: (808)523-0115
Email: gmarkham@cheemarkham.com
       kkato@cheemarkham.com
       dmokuohai@cheemarkham.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 20 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

Attorneys for Defendant/Limitation Plaintiff
**MORNING STAR CRUISES, INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of | CV. NO. 03-00672 SOM-BMK |
| The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | |
| SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a Minor, | CV. NO. 04-00588 SOM-BMK  [CONSOLIDATED] |
| Plaintiffs, | **NOTICE OF HEARING OF DEFENDANT/LIMITATION PLAINTIFF MORNING STAR** |
| vs. | **CRUISES INC.'S MOTION FOR SUMMARY JUDGMENT** |
| MORNING STAR CRUISES, INC., a Hawaii corporation; JOHN DOES 1- | **AGAINST PLAINTIFFS/ LIMITATION DEFENDANTS;** |

ORIGINAL

| | |
|---|---|
| 10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURERS 1-10, DOE LIMITED LIABILITY ENTITES 1-10, DOE NON-PROFIT ENTITES, 1-10, DOE GOVERNMENTAL ENTITIES 1-10, DOE UNINCORPORATED ENTITIES 1-10, and OTHER DOE ENTITES 1-10,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | DEFENDANT/LIMITATION PLAINTIFF MORNING STAR CRUISES INC.'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF STEVEN C. BRIDGES; DECLARATION OF GREGORY K. MARKHAM; EXHIBITS "1"-"5"; CERTIFICATE OF SERVICE<br><br>Date:<br><br>Time:<br><br>Judge:<br><br><br>Trial:  February 21, 2007<br>Time:  9:00 a.m.<br>Judge:  Hon. Susan Oki Mollway |

NOTICE OF HEARING OF LIMITATION PLAINTIFF
MORNING STAR CRUISES INC.'S MOTION FOR
SUMMARY JUDGMENT

TO:  **ROBERT D. KAWAMURA, ESQ.**
       550 Halekauwila Street., Suite 106
       Honolulu, Hawaii 96813

       Attorney for Limitation Defendants

2

NOTICE is hereby given that Limitation Plaintiff Morning Star Cruises Inc.'s Motion For Summary Judgment shall come on for hearing before the Honorable Susan Oki Mollway, Magistrate/Judge of the above-entitled Court, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on Monday, _____, at the hour of _____ o'clock ___, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, September 20, 2006.

_____
**GREGORY K. MARKHAM**
**KEITH K. KATO**
**DESIREE HIKIDA MOKUOHAI**

Attorneys for /Defendant
Limitation Plaintiff
**MORNING STAR CRUISES, INC.**