IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of | CV. NO. 03-00672 SOM-BMK |
| The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | |
| SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a Minor, | CV. NO. 04-00588 SOM-BMK [CONSOLIDATED] |
| Plaintiffs, | |
| vs. | **DECLARATION OF STEVEN C. SILVER** |
| MORNING STAR CRUISES, INC., a Hawaii corporation; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURERS 1-10, DOE LIMITED LIABILITY ENTITES 1-10, DOE NON-PROFIT ENTITES, 1-10, DOE GOVERNMENTAL ENTITIES 1-10, DOE UNINCORPORATED ENTITIES 1-10, and OTHER DOE ENTITES 1-10, | |
| Defendants. | |

### **DECLARATION OF STEVEN C. SILVER**

STEVEN C. SILVER, hereby declares, avers and states as follows.

1. My name is Steven C. Silver;

2. I am a citizen of the United States and a resident of the State of Hawaii;

3. My business address is 680 Ala Moana Boulevard, Suite 308, Honolulu, Hawaii 96813;

4. I am competent to attest to matters contained herein;

5. I am a professional legal and business translator with approximately 16 years of experience translating Japanese legal and business documents into English;

6. I am registered to provide Japanese-English and English-Japanese translation services with the United States District Court for the District of Hawaii and with the Judiciary of the State of Hawaii;

7. I am nationally certified by the American Translators Association to translate Japanese language documents into the English language. I am also a member in good standing of the American Translators Association, the Hawaii Interpreters and Translators Association, and the National Association of Judicial Interpreters and Translators. I am a graduate of Princeton University and have successfully passed Level 1 of the Japanese Language Proficiency Test;

8. I have carefully reviewed and examined the Japanese language documents attached hereto as Exhibit 1 and have faithfully translated said documents into English;

9. And to the best of my knowledge and belief, my English-language translations of these documents, which are attached hereto as Exhibit 2, are complete and accurate translations of said documents.

DATED: _September 20, 2006_ Honolulu, Hawaii

_____
Steven C. Silver
SILVER BRIDGES TRANSLATIONS INT'L, LLC