IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of )<br>)<br>The Complaint of MORNING STAR )<br>CRUISES, INC., a Hawaii corporation. )<br>)<br>———————————————— )<br>SHIROH FUKUOKA, Individually and )<br>as Personal Representative of THE )<br>ESTATE OF MITSUKO FUKUOKA, )<br>and as Next Friend of MIHO )<br>FUKUOKA, a Minor, )<br>)<br>      Plaintiffs, )<br>)<br>    vs. )<br>)<br>MORNING STAR CRUISES, INC., a )<br>Hawaii corporation; JOHN DOES 1- )<br>10, JANE DOES 1-10, DOE )<br>CORPORATIONS 1-10, DOE )<br>PARTNERSHIPS 1-10, DOE JOINT )<br>VENTURERS 1-10, DOE LIMITED )<br>LIABILITY ENTITES 1-10, DOE )<br>NON-PROFIT ENTITES, 1-10, DOE )<br>GOVERNMENTAL ENTITIES 1-10, )<br>DOE UNINCORPORATED )<br>ENTITIES 1-10, and OTHER DOE )<br>ENTITES 1-10, )<br>)<br>      Defendants. )<br>)<br>)<br>)<br>) | CV. NO. 03-00672 SOM-BMK<br><br><br><br>CV. NO. 04-00588 SOM-BMK<br><br>**[CONSOLIDATED]**<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the below-identified party at his address by means of hand-delivery on September 20, 2006.

**ROBERT D. KAWAMURA, ESQ.**
550 Halekauwila Street., Suite 106
Honolulu, Hawaii 96813

Attorney for Limitation Defendants

DATED: Honolulu, Hawaii, September 20, 2006.

**GREGORY K. MARKHAM**
**KEITH K. KATO**
**DESIREE HIKIDA MOKUOHAI**

Attorneys for /Defendant
Limitation Plaintiff
**MORNING STAR CRUISES, INC.**