

WILLIAM J. BRADY, M.D.
503/297-1536
1750 SW SKYLINE BLVD., SUITE 120
PORTLAND, OREGON 97221

Gregory K. Markham
Attorney at Law
Chee & Markham
1001 Bishop Street, Suite 1000
Honolulu, Hawaii 96813

Tuesday, September 19, 2006

Re: Death of Mitsuko Fukuoka
Your claim Number A02AG138
Your file No: GNC 077-2002

Dear Mr. Markham:

At your request I have reviewed multiple reports and photos on Mrs. Fukuokas' death. These include the report of Gayle Suzuki M.D.'s August 19, 2002 autopsy, the Castle Medical Center hospital records of her treatment, State of Hawaii Diving accident report 03-0225-OA, answers to interrogatories by Robert D. Kawamura attorney and multiple translated medical records of Mrs. Fukuoka.

Dr. Suzuki's autopsy clearly establishes that Mrs. Fukuoka had severe, long standing cardiovascular disease. Her heart was enlarged and showed heart muscle changes not only from past "heart attacks", but from recent episodes, according to the autopsy report, in the time frame of her underwater collapse.

I believe that because of her severe cardiovascular disease, she was clearly an "at risk" person with a high potential for a very unfavorable response to this type of underwater activity.

Her hospital records also contain laboratory test reports characteristic of a person with an acute inflammatory illness.



Re: Death of Mitsuko Fukuoka
Your file No: GNC 077-2002
Dr. Brady Page 2
September 19, 2006

I believe, with reasonable medical probability, that the descriptions of her collapse and subsequent activities, combined with her treatment records information, confirm that Mrs. Fukouka initially suffered an episode of myocardial ischemia. Since she then collapsed while underwater, she lost the oxygen supply to her brain and died as a direct consequence of her heart attack.

Sincerely,

William J. Brady M.D.
September 19, 2006

enclosures: WJB curriculum vitae, rate sheet
wjb:map

| | |
|---|---|
| Curriculum Vitae | ***William John Brady M.D.*** |
| | 1750 SW Skyline Blvd., Suite 120 |
| | Portland, Oregon  97221-2544 |
| | 503 / 297 1536   FAX  503 / 546-3476 |
| | email   treeview@integra.net |
| expertise | Fatal and nonfatal injury correlations |
| | Autopsy and death investigations   civil and criminal |
| | Alcohol and drugs: tests, manifestations and effects |
| medical licensure | Oregon -active |
| | Washington, California and New York - inactive |
| medical education | **University of Oregon Medical School** |
| | Doctor of Medicine 1958 |
| honors | Alpha Omega Alpha medical honor society |
| undergraduate education | **University of Santa Clara** |
| | Bachelor of Science, biology and chemistry 1953 |
| honors | cum laude |
| professional certification | American Board of Pathology  forensic pathology  1968 |
| | American Board of Pathology  anatomic pathology  1963 |
| | American Board of Pathology  clinical pathology  1963 |
| professional experience | Legacy Health System, affiliated Pathologist Metro Lab, and Meridian Park hospitals 1985 - present |
| | Oregon State Chief Medical Examiner 1969 - 1985 |
| | Multnomah County Coroner - Pathologist 1965 - 1969 |
| | New York City Deputy Medical Examiner Manhattan office 1963 - 1964 |
| | Oregon Medical School pathology resident 1961 - 1963 |
| | Harvard Medical School (Deaconess Hospital) pathology resident 1959 - 1961 |
| | George Washington Medical School intern 1958 - 1959 |
| publications | Author: An Outline of Death Investigation, third edition, two hundred and fifty pages -1982 |

*William John Brady M.D.* Continued

| | |
|---|---|
| trial experience | Qualified as an expert medical witness in state trial courts<br>Alaska, Arizona, California, Hawaii, Idaho, Indiana, Kansas, New York, Oregon and Washington<br>Qualified as an expert medical witness in federal courts<br>Oregon, Washington, Idaho and Wyoming<br>Qualified as an expert medical witness in provincial courts<br>British Columbia, Canada |
| autopsies | Eleven thousand autopsies performed personally<br>Five thousand autopsies additionally observed or assisted<br>Twenty thousand death certificates signed |
| teaching | University of Oregon Medical School, clinical professor, department of pathology 1965 - 1992<br>National Judicial College, lecturer on scientific evidence<br>National College of District Attorneys<br>Lewis and Clark college of law<br>Willamette University college of law 1968 - 2004<br>Oregon Police training academy 1965 - 1985<br>Alaska State Police training academy 1970 - 1975 |
| appointments | Oregon Supreme Court State Bar disciplinary board 1990<br>Reappointed by the Court to the disciplinary board 1994<br>Governor Victor Atiyeh to the Oregon State crime commmmission 1982<br>Governor Tom McCall to the Oregon State law enforcement council 1969<br>National Association of Medical Examiners board of directors 1970 |
| memberships | American Academy of Forensic Science, fellow<br>Oregon State Pathologists' Association |
| military service | Second lieutenant, United States Army Artillery<br>Captain, United States Medical Corps, USAR<br>Honorable discharge, 1965 |

## William J. Brady, M.D.
## Expert witness testimony at trial or by deposition

| Plaintiff | Defendant | Attorney | Category | Testimony | Trial date | Location | Called by: P/D |
|---|---|---|---|---|---|---|---|
| State of Washington vs. | Braae, Michael | Smith, Richard | Criminal | Trial | 5/4/2006 | Yakima | D (Brady) |
| State of Washington vs. | Savoie/Eakin | Smith, Randy W | Criminal | Trial | 4/24/2006 | Ephrata | D (Brady) |
| State of Washington vs. | Gamble, Jacob | Sowder | Criminal | Trial | 11/7/2005 | Vancouver | D (Brady) |
| State of Oregon | Barbosa-Salgado, | Koenig | Criminal | Trial | 10/5/2005 | Eugene | D (Brady) |
| Lamb, Jeff vs. | Benton County / | Wagner, Bob | Civil | Trial | 9/29/2005 | Corvallis | D (Brady) |
| Estate of Hollis Moore | Insurance Co. | Chance, Steve | Civil | Trial | 9/5/2005 | Bellingham WA | P (Brady) |
| State of Oregon vs. | Templeton, Michael | Furder, Paul | Criminal | Trial | 09/02/2005 | Salem | D (Brady) |
| State of Washington vs. | Garnino-Valdovinos, | Walker, Brian | Criminal | Trial | 7/28/2005 | vancouver | D (Brady) |
| State of Oregon | Clement, Michael | Woram | Criminal | Trial | 7/7/2005 | Clackamas County | D (Brady) |
| James, Kendra, estate of | City of Portland | Warren Bottoms | Civil | Trial | 7/5/2005 | Portland | P (Brady) |
| State of Oregon vs. | Eckert, James | Bassel | Criminal | Trial | 6/28/2005 | Hillsboro | D (Brady) |
| State of Oregon vs. | Harris / Beverage | Faber/Vogt | Criminal | Trial | 6/21/2005 | Clatsop County | D (Brady) |
| Alan Cler vs. | Oregon Hematology / | Hendrick | Civil | Trial | 6/9/2005 | Portland | P (Brady) |
| State of Oregon | Heuberger, Scott | Wyatt, Gig | Criminal | Trial | 5/27/2005 | Salem | D (Brady) |
| Curtis Estate vs. | McHugh | Ragland, Andrew | Civil | Trial | 5/17/2005 | Portland | P (Brady) |
| State of Washington vs. | McBain, Christafer R. | Sowder, James | Criminal | Trial | 5/5/2005 | Vancouver | D (Brady) |
| Haggard, Estate of | Trucking Co | Furniss | Civil | Trial | 4/5/2005 | Pendleton | P (Brady) |
| Estate of Janette | Levin | Rogers, Richard | Civil | Deposition | 3/24/2005 | Portland | P (Brady) |

## William J. Brady, M.D.
## Expert witness testimony at trial or by deposition

| Plaintiff | Defendent | Attorney | Category | Testimony | Trial date | Location | Called by: P/D |
|---|---|---|---|---|---|---|---|
| Breed vs. | Gardner, Hughes & | Devlin, Greg | Civil | Trial | 3/5/2005 | Winthrop WA | D (Brady) |
| Max Lehman vs. | Gresham Police Dept. | Engle, Barry | Civil | Trial | 3/01/2005 | Gresham | P (Brady) |
| State of Oregon vs. | Jones Kenneth Harold | O'Neill | Criminal | Trial | 02/07/2005 | Renton County | D (Brady) |
| Matteucci, Est of Fred | Fleetwood Trailers | Davis, Susan | Civil | Deposition | 2/5/2005 | Everett WA | P (Brady) |
| State of Oregon vs. | Mejia, Luis | Calhoun, Joe | Criminal | Trial | 1/5/2005 | Portland | D (Brady) |
| State of Oregon vs. | Venric, Ryan | Cross, Dan | Criminal | Trial | 12/16/2004 | Hillsboro | D (Brady) |
| Keiter vs. | Dow, Good Sam Hosp | Miller, Dave | Civil | Trial | 12/2/2004 | Portland | P (Brady) |
| City of Medford vs. | Fitzgerald, Adrienne | Lanier, Argie | Civil | Trial | 11/12/2004 | Medford | P (Brady) |
| Burke Estate vs. | Bailey | Eyeman | Civil | Deposition | 10/11/2004 | Vancouver | P (Brady) |
| State of Oregon | Brown, Joshua | Dials, Bill | Criminal | Trial | 9/22/2004 | Coos Bay | D (Brady) |
| Van Hee (Groesch) vs. | Richards | Giampa | Civil | Trial | 9/4/2004 | Vancouver | D (Brady) |
| State of Oregon vs. | Rambert, Patrick | Silver, Geoffrey S. | Criminal | Trial | 8/18/2004 | Portland | D (Brady) |
| Uzun, Yassar vs. | Wilder, Elwood | Bachofner, John | Civil | Trial | 7/4/2004 | Portland | D (Brady) |
| State of Oregon vs. | Haley, Nicholas | Connall | Criminal | Trial | 6/25/2004 | Portland | D (Brady) |
| Skanks, Tara Estate vs. | Sacred Heart Medical | Baker, James | Civil | Deposition | 6/2/2004 | Spokane | P (Brady) |
| Marian Clark Est vs. | Good Sam Hosp & Dr. | Whitehead, Brian | Civil | Trial | 5/4/2004 | Corvallis | P (Brady) |
| State of Washington vs. | Gonzalez, Jose Luis | Gorton/Dunn | Criminal | Trial | 3/25/2004 | Vancouver | D (Brady) |
| State of Washington vs. | Cassell, Robert Wesley | Lowe, Tony | Criminal | Trial | 3/2/2004 | Vancouver | D (Brady) |

## William J. Brady, MD
## Expert witness testimony at trial or by deposition

| Plaintiff | Defendant | Attorney | Category | Testimony | Trial date | Location | Called by P/D |
|---|---|---|---|---|---|---|---|
| Dollowitch vs. | Valley Hauling | Mitchell, Chuck | Civil | Trial | 1/29/2004 | Portland | P (Brady) |
| Pfau, Jason vs. | City of Portland | Vogt, Randy | Civil | Trial | 1/28/2004 | Portland | P (Brady) |
| State of Oregon vs. | Holliday, Tonia Marie | Butterfield | Criminal | Trial | 1/13/2004 | Washington Co. | D (Brady) |
| State of Oregon vs. | Navarro, Alberto | Storkel | Criminal | Trial | 12/22/2003 | Salem | D (Brady) |
| State of Hawaii vs. | McGovern, John | Shigetomi | Criminal | Trial | 12/15/2003 | Hilo, Hawaii | D (Brady) |
| State of Oregon vs. | Berg, Billie | Potter, Anna | Criminal | Trial | 12/11/2003 | Portland | D (Brady) |
| State of Oregon vs. | Loe, Che Allen | Bassel | Criminal | Trial | 10/29/2003 | Washington County | D (Brady) |
| State of Oregon vs. | Jinings, Joe | Lindsey (Connall) | Criminal | Trial | 9/5/2003 | Portland | D (Brady) |
| State of Oregon | Kincek, Marian | Kimmell, Adam | Criminal | Trial | 8/14/2003 | Hillsboro | D (Brady) |
| State of Oregon vs. | Duenas, Oscar | Scholl | Criminal | Trial | 7/29/2003 | Hillsboro | D (Brady) |
| State of Oregon vs. | Loper-Chavez, | Manning | Criminal | Trial | 7/24/2003 | Washington Co. | D (Brady) |
| Gonzales, Maria vs. | Kadwell DO Cramer | Sugerman, David | Civil | Trial | 7/10/2003 | Willamette Falls | P (Brady) |
| State of Washington vs. | Easley, Jermaine | Brace, Michael | Criminal | Trial | 6/13/2003 | Clark Co. | D (Brady) |
| Jackman, Lisa vs. | Dickman, Michael | Sinnott | Civil | Trial | 6/3/2003 | Portland | D (Brady) |
| Cheap and Callow vs. | Grant Co. PUD | Sonn / Smith | Civil | Deposition | 6/3/2003 | Wenatchee WA | D (Brady) |
| Cousin, Michael vs. | City of Canby | Mowery, Bruce | Civil | Trial | 5/22/2003 | Canby | D (Brady) |
| State of Oregon | Ryding, Robert C | Raney | Criminal | Trial | 4/24/2003 | Washington County | D (Brady) |
| State of Oregon vs. | Nobel, Joseph | Bassel, Ray | Criminal | Trial | 4/3/2003 | Hillsboro | D (Brady) |

## William J. Brady, M.D.
### Expert witness testimony at trial or by deposition

| Plaintiff | Defendant | Attorney | Category | Testimony | Trial date | Location | Called by: P/D |
|---|---|---|---|---|---|---|---|
| State of Oregon vs. | Berry, Thomas L. | Jensen | Criminal | Trial | 4/1/2003 | Roseburg | D (Brady) |
| State of Oregon vs. | Stafney, Donald | Woram, Dan | Criminal | Trial | 3/12/2003 | oregon City | D (Brady) |
| Corkill, Roger vs. | City of Corvallis | Wagner | Civil | Trial | 2/11/2003 | Corvallis | D (Brady) |
| Hollick, est of Laura vs. | Feeney & Kadlec Med | Keefe, Dan | Civil | Trial | 2/3/2003 | Richland Washington | D (Brady) |
| State of Oregon vs. | Kergil, Kevin | woram | Criminal | Trial | 2/2/2003 | Oregon City | D (Brady) |
| State of Oregon vs. | Kennedy, Michael | Hill, David | Criminal | Trial | 1/29/2003 | Medford | D (Brady) |
| State of Washington vs. | Malicoat, William J. | Clark, Suzan | Criminal | Trial | 1/28/2003 | Vancouver | D (brady) |
| State of Washington vs. | Odion, Earl | Kastner, Craig | Criminal | Trial | 1/3/2003 | Seattle WA | D (Brady) |
| State of Oregon vs. | Knoke, Donald | Oldenkamp | Criminal | Trial | 12/19/2002 | Klamath Falls | D (Brady) |
| Zilko, Rodney estate vs. | Shipping Co. | Kohles | Civil | Depo and Trial | 12/9/2002 | Astoria | P (Brady) |
| State of Oregon vs. | Yancey, Charlie | Barker | Criminal | Trial | 12/2/2002 | Albany | D (Brady) |
| Andino vs. | Callahan | Whitworth | Civil | Trial | 10/2/2002 | Baker City | P (Brady) |
| Olson vs. | State of Oregon | Ferry, David | Criminal | Trial | 9/10/2002 | Malheur County Vale | D (Brady) |
| Furness, Rebecca Estate | Lively family | Eden (BHB) | Civil | Trial | 9/2/2002 | Pendleton | D (Brady) |
| Keeley, John vs. | Donald Tavern - | Daniel,Anderson | Civil | Trial | 7/1/2002 | Salem | P (Brady) |
| State of Oregon vs. | Hamilton, Michael | Jones, Jeff | Criminal | Trial | 7/1/2002 | Salem | D (Brady) |
| California vs. | Parker, Calvin | Gilzean | Criminal | Trial | 6/27/2002 | San Diego | D (Brady) |
| State of Oregon vs. | Kahut, Esther Benita | Goffredi | Criminal | Trial | 6/20/2002 | Portland | D (Brady) |

## William J. Brady, M.D.
### Expert witness testimony at trial or by deposition

| Plaintiff | Defendant | Attorney | Category | Testimony | Trial date | Location | Called by: P/D |
|---|---|---|---|---|---|---|---|
| State of Washington vs. | Dingler, David | Hays | Criminal | Trial | 6/18/2002 | Longview | D (Brady) |
| State of Oregon vs. | Allen Jr., William | Orf | Criminal | Trial | 6/7/2002 | Medford | D (Brady) |
| State of Oregon vs. | Odle, Timothy | Delsman | Criminal | Trial | 6/6/2002 | Albany | D (Brady) |
| Brown estate vs. | Washington State | Campiche | Civil | Deposition | 6/4/2002 | Seattle | P (Brady) |
| State of Oregon vs. | Homolka, David | Vogt | Criminal | Trial | 4/22/2002 | Portland | D (Brady) |
| State of Oregon vs. | Bryant, Jason | Veralrud, Greg | Criminal | Trial | 4/11/2002 | Eugene | D (Brady) |
| State of Oregon vs. | Crosby, Karla | Parnickis | Criminal | Trial | 3/4/2002 | Portland | D (Brady) |
| State of Washington vs. | Brown, Joyce | Foley | Criminal | Trial | 2/2/2002 | Cowlitz County | D (Brady) |
| State of Oregon vs. | Allen Jr., William | Orf | Criminal | Trial | 1/24/2002 | Medford | D (Brady) |
| State of Oregon vs. | Kennedy, Kenneth J. | Smith, Lonny | Criminal | Trial | 1/16/2002 | Dalles | D (Brady) |
| State of Washington vs. | Dolan, Duane | Pascoe | Criminal | Trial | 12/6/2001 | Vancouver | D (Brady) |
| Von Alexander Estate | Aero Sport Power | Ringo | Civil | Deposition | 12/1/2001 | Yamhill Co | P (Brady) |
| Norris vs. | City of Scottsdale | Orile, John | Civil | Deposition | 10/12/2001 | Arizona | P (Brady) |
| State of Washington vs. | Ross, Benjamin | Smith, Michael | Criminal | Trial | 10/3/2001 | South Bend | P (Brady) |
| State of Oregon vs. | Grimes, Freddy | Storkel | Criminal | Trial | 9/18/2001 | Salem | D (Brady) |
| Powell, Chas vs. | Lovo, Mathew | Johnson, Wes | Civil | Deposition | 9/10/2001 | Lewis County WA | P (Brady) |
| Free vs. | Autoliv & GM | Patterson | Civil | Deposition | 9/1/2001 | Pierce County WA | D (Brady) |
| Zahn vs. | Bender | Foster, David | Civil | Trial | 8/1/2001 | Hillsboro | D (Brady) |

## William J. Brady, M.D.
### Expert witness testimony at trial or by deposition

| Plaintiff | Defendant | Attorney | Category | Testimony | Trial date | Location | Called by: P/D |
|---|---|---|---|---|---|---|---|
| Peter McHugh vs. | KRS enterprises | Zeuthen | Civil | Trial | 8/1/2001 | Columbia County | P (Brady) |
| State of Oregon vs. | Baker, Steven | Hamalian | Criminal | Trial | 7/25/2001 | Portland | D (Brady) |
| William Mitchell vs. | Mt. Hood Meadows | Posewitz, Brian | Civil | Trial | 6/26/2001 | Portland | P (Brady) |
| State of Washington vs. Folsom, Kollin | | Schile | Criminal | Trial | 6/6/2001 | Vancouver | D (Brady) |
| State of Washington vs. Kinnaman | | Menefee | Criminal | Trial | 5/1/2001 | Grays Harbor | P (Brady) |
| State of Oregon vs. | Smith | Meeker, Jody | Child dependency | Trial | 4/6/2001 | Albany | D (Brady) |
| State of Oregon vs. | Qualls, Crystin R. | Sabitt | Criminal | Trial | 4/1/2001 | Eugene | D (Brady) |
| State of Oregon vs. | Cole, Larry Gene | Barker | Criminal | Trial | 4/1/2001 | Tillamook | D (Brady) |
| In the matter of | Brittany R. Foster | Dials | Criminal | Trial | 2/22/2001 | Coos Bay | D (Brady) |
| State of Washington vs. Cervantes | | Smith | Criminal | Trial | 2/14/2001 | South Bend | P (Brady) |
| Lehrman Estate vs. | O'Hollaren | Skarstad | Civil | Trial | 2/1/2001 | Portland | P (Brady) |
| Parr vs. | CUNA Mutual | Brown | Civil | Deposition | 2/1/2001 | Kennewick | P (Brady) |
| Karl Jones vs. | Reinhold Guthmiller | Wagner | Civil | Trial | 1/16/2001 | Multnomah Co. | D (Brady) |
| Mathers Estate vs. | Kratka, Reed MD | Miller | Civil | Trial | 1/1/2001 | Eugene | P (Brady) |
| State of Oregon vs. | Kennedy, Roderick | Sabitt, Mark | Criminal | Trial | 12/13/2000 | Corvallis | D (Brady) |
| State of Oregon vs. | Woltersdorff | Knappenberger | Criminal | Trial | 12/10/2000 | Hillsboro | D (Brady) |
| Arritola vs. | Old Barn Firestone | Pickett | Civil | Trial | 12/1/2000 | Portland | P (Brady) |
| Dawson, Gerald and | Auto Club Insurance | Stephenson BHB | Civil | Trial | 11/1/2000 | Klamath Falls | D (Brady) |

William J. Brady, M.D.
1750 SW Skyline Blvd., Suite 120
Portland, Oregon 97221
(503) 297-1536
(503) 546-3476 fax
email: treeview@integra.net

2006 Rate sheet

| | |
|---|---|
| Review of autopsy reports, medical records and discovery materials. Phone, travel and meeting time with attorneys / investigators. Billed in 15 min. increments. | $200/hr |
| Trial preparation and travel time. | $200/hr. |
| Court or deposition testimony. | $200/hr. |
| Daily maximum (trial or deposition and travel) | $1600/day |
| Daily minimum (half day or less for trial or deposition or travel) | $800 |