

# UNITED STATES COAST GUARD

---

## REPORT OF INVESTIGATION INTO THE CIRCUMSTANCES SURROUNDING THE INCIDENT INVOLVING
## MORNING STAR CRUISES-SEA TREK DIVE DEATH

## ON 08/14/2002



MISLE ACTIVITY NUMBER: 1665190
ORIGINATING UNIT: MSO HONOLULU
MISLE ACTIVITY OWNER: COMMANDANT (G-MRI)
MISLE ACTIVITY CONTROLLER: COMMANDANT (G-MRI)
MISLE CASE NUMBER: 0


EXHIBIT 2

M00292

Report of Investigation

# I. INCIDENT BRIEF

Activity 1665190, investigation into SEATREK Diving accident with KBOS/Morning Star Cruises Barge-HA1367, on August 14, 2002 in Kaneohe Bay, Oahu. Female passenger death. No crew or other passengers injured.

SUMMARY-- On August 14, 2002, while diving with the SEATREK system in Kaneohe Bay in 12 feet of water, Mrs. Mitsuko Fukuoka suddenly became "panicky" (exhibit-8 page 3, CG2692) and was assisted to the surface. She was transported to Castle Memorial Hospital. She died two days later (Exhibit-5 page 8).

FINDINGS--
Vessel Data:
    Name: HA1367CP
    Flag: U.S.
    Vessel Type: 24FT Barge
    Operating Company: Morning Star Cruises, Inc.
                49-132 Kamehameha Hwy
                Kaneohe, HI 96744     Ph:(808) 239-8886
    State of Hawaii: Kaneohe Bay Ocean Recreation Management Area (ORMA) Use Permit-- No. O-KB-12e; Permit valid from June 28, 2002 to June 27, 2003.
Weather:
    Air Temp: 75 degrees
    Wind: NE Tradewinds at 0-6 mph
    Visibility: Good

Involved party information:
a. ▮▮▮▮▮▮▮, vessel (barge) master, CG license No. ▮▮▮▮▮, issued December 1998. 9 years experienced master.
b. ▮▮▮▮▮▮▮, dive leader, Safety First CPR/First Aid. Kaneohe, HI.
c. ▮▮▮▮▮, safety diver, PADI Dive Master. Honolulu, HI.
d. ▮▮▮▮▮, barge crew, PADI Dive Master. Mililani, HI.
e. ▮▮▮▮▮, barge crew, Honolulu, HI.
f. ▮▮▮▮▮▮▮, ferry boat captain, CG license No. ▮▮▮▮▮, CPR A.E.D. Hauula, HI.
g. Mitsuko Fukuoka, deceased passenger, Hamakita-Shi, Japan. Age: 43, Height: 5'2", Weight: 130 lbs.
h. ▮▮▮▮▮▮▮, husband of victim. Hamakita-Shi, Japan.

1. On August 14, 2002, Mrs. Mitsuko Fukuoka, a 43 year old female passenger on the Morning Star Cruises barge (HA1367) became distressed while diving with the surface supplied air 'SEATREK' helmet in Kaneohe Bay, HI. She was in approximately 12 feet of water and had been diving for about 5 minutes, when according to the dive guide, Mr. ▮▮▮▮▮▮▮, she started giving him hand signals indicating "trouble" (Exhibit-8 CG-2692 Report of Accident, Injury or Death).

2. The operator, Kaneohe Bay Ocean Sports (KBOS) a division of Morning Star Cruises, had a valid state use permit in-effect on the date of the incident.

M00293

Report of Investigation

3. The SEATREK helmet is used for underwater walking and provides positive pressure supply of air from a compressor located on the barge via a 75ft tether. The helmet is 80 lbs, white and is made of ceramic; there are no engravings or serial number on it (Exhibit-9 DOCARE Property Report).

4. Safety diver, Mr. ████████, escorted Mrs. Fukuoka to the vessel's ladder about 20 yards away to bring her to the surface. At the ladder she went "limp" and had to be carried to the surface by Mr. ██████ (Exhibit-2 ████████ statement).

5. When the helmet was removed, blood and water started coming out of Mrs. Fukuoka's nose. There was no water in the helmet. While being transported to shore via small boat, she stopped breathing and CPR was conducted by employees, Mr. ████████ and Mr. ████████ (Exhibits 3 and 4, statements of ██████ and ██████).

6. Mrs. Fukuoka was transported to Castle Memorial Hospital, and later that evening, to the Kuakini Decompression Chamber for sickness treatment which had no effect (Exhibit-5 DOCARE Case Report pages 7 & 8). Subsequently, she died two days after the incident. The autopsy revealed that the manner of death was accidental, and listed Asphyxia by drowning as the immediate cause of death. Contributing causes of death were Ischemic heart disease and Cardiomegaly (Exhibit-6 Certificate of Death, Exhibit-7 Autopsy Report).

7. State of Hawaii Department of Land and Natural Resources (DLNR), Division of Conservation and Resources Enforcement (DOCARE) officers ████████ and ████ were dispatched to investigate this incident at Heeia Kea Small Boat Harbor in Kaneohe Bay involving Kaneohe Bay Ocean Sports (KBOS)/Morning Star Cruises (Exhibit-5 page 2). They interviewed and took statements from the involved crew. The Harbor Master and medical personnel at Castle Memorial Hospital were also interviewed (Exhibit-5 page 3).

8. On August 16, 2002, Officer ████ met with the General Manager of KBOS, Mr. ████ ████, to go through an equipment familiarization and function test onboard the KBOS barge. The helmet used by Mrs. Fukuoka was connected to the air system and checked for leaks. There were no visible signs of damage to the helmet. (Exhibit-5 page 6).

9. On August 17, 2002, the Coast Guard (USCG) Senior Investigating Officer contacted DOCARE, Officer ████████, to request that the state impound the helmet for testing with an external source later (Exhibit-5 page 8). Officer ████ accepted custody of the helmet from KBOS at 1735 (Exhibit-9 State of Hawaii Property Report).

10. That same day, the helmet was tagged as evidence and placed into storage by DOCARE Evidence Custodian, Officer ████████. It was subsequently transferred to Marine Safety Office Honolulu Investigations at the request of Oahu DOCARE Branch Chief ████████ (Exhibit-12 pages 1-4).

11. On August 18, 2002, the USCG Investigator met with DOCARE Officers ████ and ████ to interview a former sales representative, Mr. ████████, for Pylot Company (the makers of the SEATREK helmet and system), and to inquire about any available testing facility on Oahu that could conduct an inspection of the helmet and system. Mr. ████ stated that KBOS personnel

M00294

Report of Investigation

were trained and certified by Akira Konno, founder of Pylot Co., and that there is no other source available in Hawaii to do the testing. Detailed interview with Mr. ▆▆ followed (Exhibit-5 page 10).

12. The helmet was tagged as evidence and placed into storage by DOCARE Evidence Custodian, Officer ▆▆▆▆, that day. It was subsequently transferred to Marine Safety Office Honolulu Investigations at the request of Oahu DOCARE Branch Chief ▆▆▆▆ (Exhibit-12 page 1-4).

13. On September 23, 2002, a determination was made to return the helmet to KBOS based on several circumstances:
--Coroner's findings;
--Inability to ensure this was the actual helmet;
--Lack of independent manufacturer testing facilities;
--Statement by PYLOT attesting to competency of KBOS company to conduct helmet tests (Exhibit-5 page 10).

14. Chemical tests performed on Mr. ▆▆▆, Mr. ▆▆▆▆ and Mr. ▆▆ ▆▆ by an approved collection facility (Medical Corner, Kailua, Hawaii) proved negative (Exhibit-11 CG-2692 B).

15. According to a phone conversation with Mr. ▆▆▆▆ (KBOS General Manager), on April 21, 2003, the company (masters, deck hands, dive masters, managers) "went through everything about 1,000 times" to see if anything could have caused the accident, and came up with nothing. They now require equipment checks more frequently, like weekly checks and daily checks on specific components of the system. He also stated that, "we suspended our SEATREK operation for a few weeks".

CONCLUSION--
1. The investigation and findings of DOCARE are accepted by the Coast Guard (Exhibit-5 pages 11-12).

2. There is no evidence to suggest the diving accident was due to the action or inaction on the part of the crew or was caused by the malfunction of any part of the SeaTrek Diving system (Exhibit-5 page 12).

3. The victim's manner of death was accidental. Immediate cause of death was asphyxia by drowning, with contributing causes of death were Ischemic heart disease and Cardiomegaly (Exhibit-7).

4. Following the incident, KBOS was cooperative by allowing easy access to all records and technical information they used in the systems operation and maintenance. Throughout the investigation, KBOS voluntarily suspended their SEATREK operations, even while the State Permit remained in force.

5. There were no apparent violations of rules or regulations and no misconduct or negligence on the part of the master and crew.

M00295

Report of Investigation

**RECOMMENDATIONS--**

1. Although not required by Coast Guard regulation, KBOS should develop it's own Standard Operating Procedures (SOP). Doing so might aid investigators in determining the root cause of any future investigation. At the time of the accident, the SOP they had was for the SEAWALKER system.

2. Although not required by Coast Guard regulation, training records should be maintained for all KBOS personnel who operate or service/maintain the SEATREK system. There were no training records available for review. The records should indicate who provided training, to what standard, where and when it took place, what was covered and who attended. Doing so might aid investigators in determining the root cause of any future investigation.

3. Although not required by Coast Guard regulation, Pre-Operation and Post-Operation checklists should be maintained and the records kept on file as required by the SEAWALKER SOP. Doing so might aid investigators in determining the root cause of any future investigation.

/s/

███████████, BM1, USCG
Assistant Investigating Officer

**ENCLOSURES--**
1)  Statement of Dive Leader, Mr. ███████████
2)  Statement of Dive Master, Mr. ███████████
3)  Statement of Small Boat Captain, Mr. ███████████
4)  Statement of Barge Crewman, Mr. ███████████
5)  DOCARE Report; Case No.03/0225-OA
6)  Copy of Certificate of Death
7)  Autopsy Report
8)  CG-2692, Report of Accident Injury or Death, dated 19Aug02
9)  State of Hawaii Property Report
10)  State of Hawaii DLNR ORMA Permit
11)  CG-2692 B, Report of Required Chemical and Alcohol Testing
12)  DOCARE Follow Up Report
13)  MSO Honolulu Chain of Custody for SEATREK helmet

M00296

Report of Investigation

## II. EXECUTIVE SUMMARY

**Incident Summary**

Activity 1665190, investigation into SEATREK Diving accident with KBOS/Morning Star Cruises Barge-HA1367, on August 14, 2002 in Kaneohe Bay, Oahu. Female passenger death. No crew or other passengers injured.

SUMMARY-- On August 14, 2002, while diving with the SEATREK system in Kaneohe Bay in 12 feet of water, Mrs. Mitsuko Fukuoka suddenly became "panicky" (exhibit-8 page 3, CG2692) and was assisted to the surface. She was transported to Castle Memorial Hospital. She died two days later (Exhibit-5 page 8).

FINDINGS--
Vessel Data:
    Name: HA1367CP
    Flag: U.S.
    Vessel Type: 24FT Barge
    Operating Company: Morning Star Cruises, Inc.
              49-132 Kamehameha Hwy
              Kaneohe, HI 96744  Ph:(808) 239-8886
    State of Hawaii: Kaneohe Bay Ocean Recreation Management Area (ORMA) Use Permit--
No. O-KB-12e; Permit valid from June 28, 2002 to June 27, 2003.
Weather:
    Air Temp: 75 degrees
    Wind: NE Tradewinds at 0-6 mph
    Visibility: Good

Involved party information:



a. ▒▒▒▒▒▒▒, vessel (barge) master, CG license No. ▒▒▒▒▒, issued December 1998. 9 years experienced master.
b. ▒▒▒▒▒▒, dive leader, Safety First CPR/First Aid. Kaneohe, HI.
c. ▒▒▒▒▒▒, safety diver, PADI Dive Master. Honolulu, HI.
d. ▒▒▒▒▒▒▒▒, barge crew, PADI Dive Master. Mililani, HI.
e. ▒▒▒▒▒▒, barge crew, Honolulu, HI.
f. ▒▒▒▒▒▒, ferry boat captain, CG license No. ▒▒▒▒, CPR A.E.D. Hauula, HI.
g. Mitsuko Fukuoka, deceased passenger, Hamakita-Shi, Japan. Age: 43, Height: 5'2", Weight: 130 lbs.
h. ▒▒▒▒▒▒, husband of victim. Hamakita-Shi, Japan.

1. On August 14, 2002, Mrs. Mitsuko Fukuoka, a 43 year old female passenger on the Morning Star Cruises barge (HA1367) became distressed while diving with the surface supplied air 'SEATREK' helmet in Kaneohe Bay, HI. She was in approximately 12 feet of water and had been diving for about 5 minutes, when according to the dive guide, Mr. ▒▒▒▒▒▒▒, she started giving him hand signals indicating "trouble" (Exhibit-8 CG-2692 Report of Accident, Injury or Death).

M00297

Report of Investigation

2. The operator, Kaneohe Bay Ocean Sports (KBOS) a division of Morning Star Cruises, had a valid state use permit in-effect on the date of the incident.

3. The SEATREK helmet is used for underwater walking and provides positive pressure supply of air from a compressor located on the barge via a 75ft tether. The helmet is 80 lbs, white and is made of ceramic; there are no engravings or serial number on it (Exhibit-9 DOCARE Property Report).

4. Safety diver, Mr. ██████████, escorted Mrs. Fukuoka to the vessel's ladder about 20 yards away to bring her to the surface. At the ladder she went "limp" and had to be carried to the surface by Mr. ██████ (Exhibit-2 Mendoza's statement).

5. When the helmet was removed, blood and water started coming out of Mrs. Fukuoka's nose. There was no water in the helmet. While being transported to shore via small boat, she stopped breathing and CPR was conducted by employees, Mr. ████████ and Mr. ██████ (Exhibits 3 and 4, statements of ██████ and ██████).

6. Mrs. Fukuoka was transported to Castle Memorial Hospital, and later that evening, to the Kuakini Decompression Chamber for sickness treatment which had no effect (Exhibit-5 DOCARE Case Report pages 7 & 8). Subsequently, she died two days after the incident. The autopsy revealed that the manner of death was accidental, and listed Asphyxia by drowning as the immediate cause of death. Contributing causes of death were Ischemic heart disease and Cardiomegaly (Exhibit-6 Certificate of Death, Exhibit-7 Autopsy Report).

7. State of Hawaii Department of Land and Natural Resources (DLNR), Division of Conservation and Resources Enforcement (DOCARE) officers ██████████ and ██████████ were dispatched to investigate this incident at Heeia Kea Small Boat Harbor in Kaneohe Bay involving Kaneohe Bay Ocean Sports (KBOS)/Morning Star Cruises (Exhibit-5 page 2). They interviewed and took statements from the involved crew. The Harbor Master and medical personnel at Castle Memorial Hospital were also interviewed (Exhibit-5 page 3).

8. On August 16, 2002, Officer ████ met with the General Manager of KBOS, Mr. ██████ ██████, to go through an equipment familiarization and function test onboard the KBOS barge. The helmet used by Mrs. Fukuoka was connected to the air system and checked for leaks. There were no visible signs of damage to the helmet. (Exhibit-5 page 6).

9. On August 17, 2002, the Coast Guard (USCG) Senior Investigating Officer contacted DOCARE, Officer ██████████, to request that the state impound the helmet for testing with an external source later (Exhibit-5 page 8). Officer ██████ accepted custody of the helmet from KBOS at 1735 (Exhibit-9 State of Hawaii Property Report).

10. That same day, the helmet was tagged as evidence and placed into storage by DOCARE Evidence Custodian, Officer ██████████. It was subsequently transferred to Marine Safety Office Honolulu Investigations at the request of Oahu DOCARE Branch Chief ██████████ (Exhibit-12 pages 1-4).

11. On August 18, 2002, the USCG Investigator met with DOCARE Officers ██ and ██ to interview a former sales representative, Mr. ██████████, for Pylot Company (the makers of the

M00298

Report of Investigation

SEATREK helmet and system), and to inquire about any available testing facility on Oahu that could conduct an inspection of the helmet and system. Mr. ▓▓▓ stated that KBOS personnel were trained and certified by Akira Konno, founder of Pylot Co., and that there is no other source available in Hawaii to do the testing. Detailed interview with Mr. ▓▓▓ followed (Exhibit-5 page 10).

12. The helmet was tagged as evidence and placed into storage by DOCARE Evidence Custodian, Officer ▓▓▓▓▓▓▓▓, that day. It was subsequently transferred to Marine Safety Office Honolulu Investigations at the request of Oahu DOCARE Branch Chief ▓▓▓▓▓▓▓ (Exhibit-12 page 1-4).

13. On September 23, 2002, a determination was made to return the helmet to KBOS based on several circumstances:
--Coroner's findings;
--Inability to ensure this was the actual helmet;
--Lack of independent manufacturer testing facilities;
--Statement by PYLOT attesting to competency of KBOS company to conduct helmet tests (Exhibit-5 page 10).

14. Chemical tests performed on Mr. ▓▓▓▓▓▓▓, Mr. ▓▓▓▓▓▓▓▓ and Mr. ▓▓▓▓▓ ▓▓▓▓ by an approved collection facility (Medical Corner, Kailua, Hawaii) proved negative (Exhibit-11 CG-2692 B).

15. According to a phone conversation with Mr. ▓▓▓▓▓▓▓ (KBOS General Manager), on April 21, 2003, the company (masters, deck hands, dive masters, managers) "went through everything about 1,000 times" to see if anything could have caused the accident, and came up with nothing. They now require equipment checks more frequently, like weekly checks and daily checks on specific components of the system. He also stated that, "we suspended our SEATREK operation for a few weeks".

CONCLUSION--
1. The investigation and findings of DOCARE are accepted by the Coast Guard (Exhibit-5 pages 11-12).

2. There is no evidence to suggest the diving accident was due to the action or inaction on the part of the crew or was caused by the malfunction of any part of the SeaTrek Diving system (Exhibit-5 page 12).

3. The victim's manner of death was accidental. Immediate cause of death was asphyxia by drowning, with contributing causes of death were Ischemic heart disease and Cardiomegaly (Exhibit-7).

4. Following the incident, KBOS was cooperative by allowing easy access to all records and technical information they used in the systems operation and maintenance. Throughout the investigation, KBOS voluntarily suspended their SEATREK operations, even while the State Permit remained in force.

M00299

Report of Investigation

5.   There were no apparent violations of rules or regulations and no misconduct or negligence on the part of the master and crew.

RECOMMENDATIONS--
1.   Although not required by Coast Guard regulation, KBOS should develop it's own Standard Operating Procedures (SOP).  Doing so might aid investigators in determining the root cause of any future investigation.  At the time of the accident, the SOP they had was for the SEAWALKER system.

2.   Although not required by Coast Guard regulation, training records should be maintained for all KBOS personnel who operate or service/maintain the SEATREK system.  There were no training records available for review.  The records should indicate who provided training, to what standard, where and when it took place, what was covered and who attended.  Doing so might aid investigators in determining the root cause of any future investigation.

3.   Although not required by Coast Guard regulation, Pre-Operation and Post-Operation checklists should be maintained and the records kept on file as required by the SEAWALKER SOP.  Doing so might aid investigators in determining the root cause of any future investigation.


/s/
████████, BM1, USCG
Assistant Investigating Officer



ENCLOSURES--
1)  Statement of Dive Leader, Mr. ████████
2)  Statement of Dive Master, Mr. ████████
3)  Statement of Small Boat Captain, Mr. ████████
4)  Statement of Barge Crewman, Mr. ████████
5)  DOCARE Report; Case No.03/0225-OA
6)  Copy of Certificate of Death
7)  Autopsy Report
8)  CG-2692, Report of Accident Injury or Death, dated 19Aug02
9)  State of Hawaii Property Report
10)  State of Hawaii DLNR ORMA Permit
11)  CG-2692 B, Report of Required Chemical and Alcohol Testing
12)  DOCARE Follow Up Report
13)  MSO Honolulu Chain of Custody for SEATREK helmet


Incident Involved:     Marine Casualty, Reportable

Level of Investigation: Data Collection
IMO Classification: Routine
USCG Classification: Significant Marine Casualty
Was this a Serious Marine Incident? Yes

M00300

Report of Investigation

Was a Marine Board Convened by Commandant? No

**Personnel Casualty Summary**

       Total Missing (Active Search) = 0
       Total Missing (Presumed Lost) = 0
       Total Dead = 1
       Total Injured = 0
       Total Uninjured = 7
       Total People at Risk = 8
       Other Personnel (Not at Risk) = 3

**Vessel(s) Status Summary**

       Actual Total Loss(es) = 0
       Total Constructive Loss, Salvaged = 0
       Total Constructive Loss, Unsalvaged = 0
       Damaged = 0
       Undamaged = 1

**Property Damage Summary/Total Damage**

       Vessel(s) = $
       Cargo = $
       Facility(s) = $
       Other = $

* Includes estimates

**Waterway Mobility Summary**

       Vessel Delays (including speed restrictions): None

M00301

Report of Investigation

## III. ACTIONS IN RESPONSE TO THIS REPORT

**Actions on Recommendations**

**Safety Alerts**

M00302

Report of Investigation

## IV. FINDINGS OF FACT

### Subjects of the Investigation

**Vessels.** The following vessels were subjects of this investigation.  Particulars for each vessel follow.

| | |
|---|---|
| Vessel Name: | HA1367CP |
| Flag: | UNITED STATES |
| Vessel Identification Number: | HA1367CP |
| Call Sign: | |
| Status: | Undamaged |
| Role: | Involved in a Marine Casualty |
| Vessel Class, Type, Sub-Type: | Barge, Passenger Barge, General |
| Gross Tonnage(GRT): | |
| Net Tonnage(NRT): | |
| Deadweight Tons: | |
| Length: | 24 |
| Home/Hailing Port: | |
| Keel Laid Date: | |
| Delivery Date: | |
| Place of Construction: | |
| Builder Name: | |
| Propulsion: | |
| Horsepower: | |
| Master: | |
| Classification Society: | |
| Owner: | |
| Operator: | MORNING STAR CRUISES |
| | 49-132 Kamehameha Hwy. |
| | Kaneohe, HI, 96744 |
| | US |
| Inspection Subchapter: | |
| Most Recent Vessel Inspection Activity: | |

**Facilities.** The following facilities were subjects of this investigation.  Particulars for each facility follow.

**Parties and Organizations.** The following people and organizations were subjects of this investigation.

| | |
|---|---|
| ██████████ | |
| Status: | Not at Risk |
| Role: | Crewmember |
| Gender: | |

M00303

Report of Investigation

Age:
SSN:
Birth Date:
Email Address:
Phone Number(Home):
Address(Home/Primary Residence):



US

Comments:

FUKUOKA, MITSUKO
    Status:               Dead
    Role:                  Passenger
    Gender:             F
    Age:               43
    SSN:
    Birth Date:
    Email Address:
    Phone Number ():
    Address ():
    Comments:

    Status:               Not at Risk
    Role:                  Crewmember
    Gender:             M
    Age:
    SSN:
    Birth Date:
    Email Address:
    Phone Number ():
    Address ():
    Comments:

    Status:               Not at Risk
    Role:                  Crewmember
    Gender:             M
    Age:
    SSN:
    Birth Date:
    Email Address:
    Phone Number ():
    Address ():
    Comments:

    Status:               Not at Risk

M00394

Report of Investigation

|  |  |
|---|---|
| Role: | Investigator |
| Gender: | M |
| Age: | |
| SSN: | - - |
| Birth Date: | |
| Email Address: | ██████@d14.uscg.mil |
| Phone Number(Work): | (808) 522-8264  293 |
| Address(Work): | CG MSO Honolulu |
|  | 433 Ala Moana Blvd |
|  | Honolulu, HI 96813 |
|  | |
| Comments: | Supported and documented case, worked closely with State of Hawaii DLNR officers. |

██████████████████

| Status: | Not at Risk |
|---|---|
| Role: | Reporting Party |
| Gender: | M |
| Age: | |
| SSN: | |
| Birth Date: | |
| Email Address: | |
| Phone Number (): | |
| Address (): | |
| Comments: | |

████████████████

| Status: | Not at Risk |
|---|---|
| Role: | Crewmember |
| Gender: | M |
| Age: | |
| SSN: | |
| Birth Date: | |
| Email Address: | |
| Phone Number (): | |
| Address (): | |
| Comments: | |

██████████

| Status: | Not at Risk |
|---|---|
| Role: | Other Agency Investigator |
| Gender: | M |
| Age: | |
| SSN: | - - |
| Birth Date: | |
| Email Address: | |
| Phone Number(Work): | (808) 255-3174 |

M00005

Report of Investigation

Address ():

Comments:                                          See comments for ███████████

███████

Status:                                            Not at Risk
Role:                                              Other
Gender:                                            M
Age:
SSN:                                               - -
Birth Date:
Email Address:
Phone Number(Work):                                (808) 239-8886
Address(Primary Place of Business):                49-132 Kamehameha Highway
                                                   Kaneohe, HI 96744
Comments:                                          General Manager at KBOS, Morning
                                                   Star Cruises Inc.  Submitted CG-2692
                                                   and 2692B.

███████

Status:                                            Not at Risk
Role:                                              Other Agency Investigator
Gender:                                            M
Age:
SSN:                                               - -
Birth Date:
Email Address:
Phone Number(Work):                                (808) 587-0077
Address():
Comments:                                          Officer ███████ and Officer ███
                                                   ███ were the responding officers
                                                   from the State of Hawaii DLNR
                                                   agency.

███████

Status:                                            Not at Risk
Role:                                              Co-Responsible Party
Gender:                                            M
Age:
SSN:                                               - -
Birth Date:
Email Address:
Phone Number(Work):                                (808) 239-8886
Address(Primary Place of Business):                49-132 Kamehameha Highway
                                                   Kaneohe, HI 96744
Comments:                                          President of KBOS, Morning Star
                                                   Cruises Inc.

MORNING STAR CRUISES INC.

M00306

Report of Investigation

| | |
|---|---|
| Status: | Not at Risk |
| Role: | Responsible Party |
| Email Address: | |
| Phone Number (Work): | (808) 239-8886 |
| Address (Primary Place of Business): | 49-132 Kamehameha Highway Kaneohe, HI 96744 |

Comments:

**Drug and Alcohol Testing.** The following people have been determined by the Coast Guard, Law Enforcement Personnel, and/or the Marine Employer to have been directly involved in a Serious Marine Incident as defined in 46 CFR 4.03-2:

    ; Crewmember
    ; Reporting Party
    ; Crewmember

**Response Resources.** The following incident response resources were subjects of this investigation.

**Other Subjects.** The following were subjects of this investigation.

**Waterway Segment(s).** The following waterway segment(s) were subjects of this investigation.

Heeia Kea Boat Harbor
    Role: Location
    Local Name: Kaneohe Bay
    Description:

---

## Incident Information

**Location(s).**

| Description | Latitude | Longitude |
|---|---|---|
| Aboard Vessel: Barge-HA1367CP: Heeia Kea Boat Harb | 21 26.6 N | 157 48.6 W |

**Sequence of Events.**

08/14/2002 10:15 to 08/14/2002 11:44 (Estimated): Mitsuko Fukuoka, a 43 year old female passenger from Japan died two days after diving at Kaneohe Bay with the KBOS Seawalker activity. The autopsy report revealed the manner of death as accidental with Ischemic heart disease and Cardiomegaly as contributing factors. Immediate cause of death is asphyxia by drowning.

    Event Type:    Personnel Casualties
    Event Class:

| Report of Investigation |
|---|

Event Subclass:
Location:  Known; US Waters
          Description: Aboard Vessel: Barge-HA1367CP: Heeia Kea Boat Harb
          Latitude: 21 26.6 N         Longitude: 157 48.6 W

Subject(s) and Details:

| <u>Name</u> | <u>Type</u> | <u>Status</u> | <u>Role</u> |
|---|---|---|---|
| FUKUOKA, MITSUKO | Party | Dead | Passenger |

Details Filed: Injury Details

| | |
|---|---|
| Did death occur: | Yes |
| Was Death Immediate | No |
| Cause of Death: | Accidents involving submersion & suffocation (E910 |
| Cause of Death (text): | Asphyxia by drowning |
| Nature of Injury Causing Death: | |
| Nature of Event Causing Death | Noncontact Injury- Diving |
| Date of Death Known: | Yes |
| Date: | 08/16/2002 |
| Date of Declared Death: | 08/16/2002 |
| Declared By: | ▬▬▬▬▬ |
| Organization: | Castle Memorial Hospital |
| Was Diving Involved: | Yes |
| Commercial/Recreational: | Recreational |
| Type of Diving: | Team |
| Dive Depth: | 15 Feet |
| Did injury occur: | No |
| Is the Person Missing: | No |
| Subject to Chemical Exposure: | No |
| Exposed to Biological Hazards | No |
| Exposed to a Confined Space/Respiration Hazard: | No |
| Exposed to Other Hazards: | No |

Narrative Summary:    Mrs. Mitsuko Fukuoka a 43 year old visitor from Japan suffered an
asphyxia incident while diving with KBOS Seawalker diving out of
Heeia Harbor, Kaneohe, Hawaii on August 14, 2002.  She was taken to
Castle Memorial Hospital where she passed away two days later.

Drug testing and alcohol test were performed immediately following the incident.  Drug and
Alcohol test were given to ▬▬▬▬▬▬▬▬▬▬▬▬▬▬, and
▬▬▬▬▬▬▬▬▬▬▬▬▬.  All test were ▬▬▬▬▬.

08/20/2002 17:30 to 08/20/2002 17:30 (Known): Drug and Alcohol test (NEG)

    Action Type:      Other Actions - Drug and Alcohol Use and Testing
    Action Class:     Take Drug Test - Post-casualty
    Location:  Unknown

    Subject(s) and Details:

| <u>Name</u> | <u>Type</u> | <u>Status</u> | <u>Role</u> |
|---|---|---|---|
| ▬▬▬▬▬▬▬▬ | Party | Not at Risk | Crewmember |

M00508

Report of Investigation

Details Filed: Drug and Alcohol Test Details

Sample Collection

| | |
|---|---|
| Reason for Sample: | Post-casualty |
| Date/Time Directed: | 08/20/2002 5:30:00 PM |
| Means of Direction: | |
| Directed By: | |
| Organization: | U.S. Coast Guard |
| Description: | |
| Directed to get DOT Test: | Yes |
| Chemical Test Sample Provided: | Yes |
| Chemical Test Type: | Both |
| Sample Type: | Urine |
| Date/Time Sample Taken: | 08/20/2002 5:30:00 PM |
| Sampling Location: | Onsite Kailua |
| DOT Protocols Used: | Yes |
| Collection Agent: | ███████ |
| Donor Certified: | Yes |
| Irregularities Noted: | No |
| Transferred/Chain of Custody Complete: | Yes |

Field Sobriety Test

| | |
|---|---|
| Field Sobriety Test Performed: | No |

Alcohol Analysis

| | |
|---|---|
| Method of Analysis: | Breath Test |
| Instrument Used: | BAT |
| Date/Time Results Obtained: | 08/20/2002 5:17:00 PM |
| Results: | ███████ |
| Agency Conducting Analysis: | Reliable Drug Testing |
| Description of Analysis: | .000 |
| Irregularities in Analysis: | No |

Drug Analysis

| | |
|---|---|
| Analyzing Laboratory: | NORTHWEST DRUG TESTING, A DIVISION OF NWT, SALT LAKE CITY, U |
| DOT Protocols Used: | Yes |
| Test Results: | ███████ |
| Medical Review Officer/Coroner: | |
| MRO/Coroner Conclusions: | |
| Sample Transferred and Chain of Custody Complete: | Yes |

Drug Re-Analysis

08/20/2002 17:35 to 08/20/2002 17:35 (Known): Drug and Alcohol test (NEG)

| | |
|---|---|
| Action Type: | Other Actions - Drug and Alcohol Use and Testing |
| Action Class: | Take Drug Test - Post-casualty |
| Location: | Unknown |

Subject(s) and Details:

| Name | Type | Status | Role |
|---|---|---|---|
| ███████ | Party | Not at Risk | Reporting Party |

Details Filed: Drug and Alcohol Test Details

Sample Collection

| | |
|---|---|
| Reason for Sample: | Post-casualty |
| Date/Time Directed: | 08/20/2002 |

M00909

Report of Investigation

|  |  |  |
|---|---|---|
| Means of Direction: |  |  |
| Directed By: |  |  |
| | Organization: | U.S. Coast Guard |
| | Description: |  |
| Directed to get DOT Test: | | Yes |
| Chemical Test Sample Provided: | | Yes |
| | Chemical Test Type: | Both |
| | Sample Type: | Urine |
| | Date/Time Sample Taken: | 08/20/2002 5:35:00 PM |
| | Sampling Location: | Onsite Kailua |
| | DOT Protocols Used: | Yes |
| | Collection Agent: | ████████████ |
| | Donor Certified: | Yes |
| | Irregularities Noted: | No |
| | Transferred/Chain of Custody Complete: | Yes |

Field Sobriety Test

Field Sobriety Test Performed:     No

Alcohol Analysis

| Method of Analysis: | Breath Test |
|---|---|
| Instrument Used: | BAT |
| Date/Time Results Obtained: | 08/20/2003 5:22:00 PM |
| Results: | ██████████████ |
| Agency Conducting Analysis: | Reliable Drug Testing |
| Description of Analysis: | .000 |
| Irregularities in Analysis: | No |

Drug Analysis

| Analyzing Laboratory: | NORTHWEST DRUG TESTING, A DIVISION OF NWT, SALT LAKE CITY, U |
|---|---|
| DOT Protocols Used: | Yes |
| Test Results: | ████████████████████ |
| Medical Review Officer/Coroner: | Dr. ██████████ |
| MRO/Coroner Conclusions: | ███████ |
| Sample Transferred and Chain of Custody Complete: | Yes |

Drug Re-Analysis

08/20/2002 17:50 to 08/20/2002 17:50 (Known): Drug and Alcohol test (NEG)

Action Type:     Other Actions - Drug and Alcohol Use and Testing
Action Class:     Take Drug Test - Post-casualty
Location:  Unknown

Subject(s) and Details:

| Name | Type | Status | Role |
|---|---|---|---|
| ████████████ | Party | Not at Risk | Crewmember |

Details Filed: Drug and Alcohol Test Details

Sample Collection

| Reason for Sample: | Post Accident |
|---|---|
| Directed to get DOT Test: | Yes |
| Chemical Test Sample Provided: | Yes |
| Chemical Test Type: | Dangerous Drugs |
| Sample Type: | Urine |
| Date/Time Sample Taken: | 08/20/2002 5:50:00 PM |
| Sampling Location: | Onsite Kailua |

M00310

| Report of Investigation |
|---|

DOT Protocols Used:                        Yes
Collection Agent:                          ███████████
Donor Certified:                           Yes
Irregularities Noted:                      No
Transferred/Chain of
Custody Complete:                          Yes

Field Sobriety Test
    Field Sobriety Test Performed:    No

Alcohol Analysis
    Method of Analysis:               Breath Test
    Instrument Used:                  BAT
    Date/Time Results Obtained:       08/20/2002 5:47:00 PM
    Results:                          ██████████████
    Agency Conducting Analysis:       Reliable Drug Testing
    Description of Analysis:          .000
    Irregularities in Analysis:       No

Drug Analysis
    Analyzing Laboratory:             NORTHWEST DRUG TESTING, A DIVISION OF
NWT, SALT LAKE CITY, U
    DOT Protocols Used:               Yes
    Test Results:                     ██████████████████
    Medical Review Officer/Coroner:   Dr. ███████
    MRO/Coroner Conclusions:
    Sample Transferred and Chain
    of Custody Complete:              Yes

Drug Re-Analysis

M00311

Report of Investigation

# V. CAUSAL ANALYSIS

## The Initiating Event of the Incident

**Initiating Event:**

Personnel Casualties (08/14/2002 10:15:00 AM)

**Production Factors**

**Preconditions**

LUCs in People - Limitations of the person - Physical conditions

**Workplace Factors**

LUCs in Supervision - Inadequate tracking of qualifications
LUCs in Supervision - Inadequate tracking of performance
LUCs in Operations - Operations not in accordance with rules and regulations

**Organization Factors**

LUCs in Human Resources - Inadequate Training (of Line Managers)
LUCs in Procedures - Inadequate standards
LUCs in Procedures - Inadequate documentation
LUCs in Regulations - Inadequate or absent regulations

**Defense Factors**

Defenses that were in place but failed due to inadequacy - Inadequate training
Defenses that could reasonably have been expected but were never put in place - Absence of training

## Failures of Defense Against Subsequent Events in the Incident

M00312

Report of Investigation

## VI. REFERRAL FOR ENFORCEMENT ACTION

The following referrals for enforcement action have been made as a result of this investigation and represent those instances where the Coast Guard has gathered evidence that indicates one or more alleged violations or offenses may have occurred.  Any determinations as to whether or not one or more actual violations or offenses have occurred are documented in the appropriate Coast Guard enforcement activities.

M00513

| Report of Investigation |
|---|

## APPENDIX 1 - EVIDENCE

ECN 1665190 #10 ███ : Document/Written Statement
    Crewman ████
    Collection Information:
        Date/Time:     08/14/2002 10:30:00 AM
        Location:      Heeia Harbor
        Collected By:   3rd Party Gathered; Officer ████, State of Hawaii
        DLNR/DOCARE
        Witnessed By:  3rd Party Witness; ,
    Tracking:
    Attachments:

ECN 1665190 #11 ███ : Document/Written Statement
    Crewman ████
    Collection Information:
        Date/Time:     08/14/2002 10:35:00 AM
        Location:      Heeia Harbor
        Collected By:   3rd Party Gathered; Officer ████, State of Hawaii
        DLNR/DOCARE
        Witnessed By:  3rd Party Witness; ,
    Tracking:
    Attachments:

ECN 1665190 #12 ███ : Document/Written Statement
    Crewman ████
    Collection Information:
        Date/Time:     08/14/2002 2:05:00 PM
        Location:      Heeia Harbor
        Collected By:   3rd Party Gathered; Officer ████, State of Hawaii
        DLNR/DOCARE
        Witnessed By:  3rd Party Witness; ,
    Tracking:
    Attachments:

ECN 1665190 #13 ███ : Document/Other Municipal Agency Documents
    13-page report from DLNR/DOCARE Officers ████ and ████
    Collection Information:
        Date/Time:     08/19/2002 12:00:00 PM
        Location:      MSO Honolulu
        Collected By:   USCG Gathered; BM1 ████, HONMS
        Witnessed By:  USCG Witness; ,
    Tracking:
    Attachments:

ECN 1665190 #14 ███ : Document/Other Municipal Agency Documents
    Closing report from DLNR/DOCARE Officer ████.

M00514

Report of Investigation

        Collection Information:
            Date/Time:     09/25/2002 11:30:00 AM
            Location:       MSO Honolulu
            Collected By:   USCG Gathered; BM1 ███, HONMS
            Witnessed By:  USCG Witness; ,
      Tracking:
      Attachments:

ECN 1665190 #15 ███ : Document/Chain of Custody
      FDTCCF/ ████████
      2 Pages
      Collection Information:
            Date/Time:     08/13/2003 10:08:00 AM
            Location:       MSO Honolulu, INV
            Collected By:   USCG Gathered; YN2 ███,
            Witnessed By:  USCG Witness; ,
      Tracking:
      Attachments:

ECN 1665190 #16 ███ : Document/Chain of Custody
      FDTCCF/ ████████
      ████
      Collection Information:
            Date/Time:     08/13/2003 10:08:00 AM
            Location:       MSO Honolulu, INV
            Collected By:   USCG Gathered; YN2 ███,
            Witnessed By:  USCG Witness; ,
      Tracking:
      Attachments:

ECN 1665190 #17 ███ : Document/Chain of Custody
      FDTCCF/ ████████
      2 pages
      Collection Information:
            Date/Time:     08/13/2003 10:08:00 AM
            Location:       MSO Honolulu
            Collected By:   USCG Gathered; YN2 ███,
            Witnessed By:  USCG Witness; ,
      Tracking:
      Attachments:

ECN 1665190 #2 ███ : Document/Other Document
      State of Hawaii Department of Health: Certificate of Death, Mitsuko Fukuoka
      Collection Information:
            Date/Time:     08/20/2002 2:01:00 PM
            Location:       MSO Honolulu
            Collected By:   USCG Gathered; BM1 ███, HONMS
            Witnessed By:  USCG Witness; ,

H00515

| Report of Investigation |
| --- |

       Tracking:
       Attachments:

ECN 1665190 #3 ▮▮ : Document/Chain of Custody
       MSO Honolulu COC for the SeaTrek Helmet
       Collection Information:
              Date/Time:    09/13/2002 3:45:00 PM
              Location:     MSO Honolulu
              Collected By:  USCG Gathered; BM1 ▮▮, HONMS
              Witnessed By:  USCG Witness; ,
       Tracking:
       Attachments:

ECN 1665190 #4 ▮▮ : Document/Other Document
       Department of the Medical Examiner City and County of Honolulu: Autopsy Report Case
       No. 02-1079
       Collection Information:
              Date/Time:    08/20/2002 2:08:00 PM
              Location:     MSO Honolulu
              Collected By:  USCG Gathered; BM1 ▮▮, HONMS
              Witnessed By:  USCG Witness; ,
       Tracking:
       Attachments:

ECN 1665190 #5 ▮▮ : Document/CG-2692 Report of Marine Accident, Injury or Death
       Submitted by KBOS General Manager ▮▮
       Collection Information:
              Date/Time:    08/19/2002 3:43:00 PM
              Location:     MSO Honolulu
              Collected By:  USCG Gathered; LT ▮▮, HONMS
              Witnessed By:  USCG Witness; ,
       Tracking:
       Attachments:

ECN 1665190 #6 ▮▮ : Document/CG-2692B Rpt of Req Chemical Drug/Alcohol Testing
       ▮▮ results of drug tests on KBOS crew.
       Collection Information:
              Date/Time:    08/20/2002 5:58:00 PM
              Location:     MSO Honolulu
              Collected By:  USCG Gathered; LT ▮▮, HONMS
              Witnessed By:  USCG Witness; ,
       Tracking:
       Attachments:

ECN 1665190 #7 ▮▮ : Document/Written Statement
       Captain ▮▮
       Collection Information:
              Date/Time:    08/14/2002 10:40:00 AM

M00516

Report of Investigation

        Location:      Heeia Harbor
        Collected By:   3rd Party Gathered; Officer ████████, State of Hawaii
        DLNR/DOCARE
        Witnessed By:  3rd Party Witness; ,
   Tracking:
   Attachments:

ECN 1665190 #8 ████: Document/Written Statement
   Crewman ████████
   Collection Information:
        Date/Time:     08/14/2002 10:40:00 AM
        Location:      Heeia Harbor
        Collected By:   3rd Party Gathered; Officer ████████, State of Hawaii
        DLNR/DOCARE
        Witnessed By:  3rd Party Witness; ,
   Tracking:
   Attachments:

ECN 1665190 #9 ████: Document/Written Statement
   Crewman ████████
   Collection Information:
        Date/Time:     08/14/2002 10:35:00 AM
        Location:      Heeia Harbor
        Collected By:   3rd Party Gathered; Officer ████████, State of Hawaii
        DLNR/DOCARE
        Witnessed By:  3rd Party Witness; ,
   Tracking:
   Attachments:

ECN1665190 #1 ████: Document/Chain of Custody
   State of Hawaii DLNR/DOCARE Property Report: SeaTrek Diving Helmet
   Collection Information:
        Date/Time:     08/17/2002 5:48:00 PM
        Location:      Heeia Harbor, Kaneohe Bay
        Collected By:   3rd Party Gathered; Officer ████████, State of Hawaii
        DLNR/DOCARE
        Witnessed By:  3rd Party Witness; Officer ████████, State of Hawaii
        DLNR/DOCARE
   Tracking:
   Attachments:

M00517

| Report of Investigation |
| --- |

## APPENDIX 2 - CORRESPONDENCE

7586 - Fax from ███████ (KBOS) to ASIO, information on SeaTrek Manufacturer, 8/30/02
   Source:          3rd Party
   Type:            Incoming
   Received:        At MSO Honolulu on 08/30/2002 9:59:00 AM
   Attachments:

7592 - Honolulu Advertiser article posted on Tuesday, August 20, 2002.  Title: "Tourist's Seawalker death a mystery"  by ████████████ Advertiser Staff Writer
   Source:          3rd Party
   Type:            Incoming
   Received:        At MSO Honolulu on 08/20/2002 1:25:00 PM
   Attachments:

7593 - Letter of correction and patents from ██████████ on behalf of ████████████, President.  Seawalker, Tokyo, Japan.  August 26, 2002.
   Source:          3rd Party
   Type:            Incoming
   Received:        At MSO Honolulu on 08/26/2002 1:33:00 PM
   Attachments:

M00918