# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/22/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 03-00672SOM-BMK
                 CV 04-00588SOM-BMK

CASE NAME:       In the Matter of the Complaint of Morning Star Cruises, Inc.
                 Fukuoka v. Morning Star Cruises, Inc.

ATTYS FOR PLA:   Gregory Markham

ATTYS FOR DEFT:  Robert D. Kawamura

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 09/22/2006 | TIME: | 1:58 - 2:01 |

COURT ACTION:  EP: Defendant/Limitation Plaintiff Morning Star Cruise, Inc.'s Motion to Dismiss Plaintiff's Claims and for Attorney's Fees and Costs - M/Dismiss DENIED.  Fees and Costs GRANTED.  Parties to attempt to agree on fees and costs.  If no agreement can be reached, parties are to submit affidavits to the court, and the court will rule.

Markham to prepare order.

Submitted by Richlyn Young, Courtroom Manager