**CHEE & MARKHAM**
Attorneys At Law

**GREGORY K. MARKHAM**     (3453-0)
**KEITH K. KATO**          (5320-0)
**DESIREE HIKIDA MOKUOHAI** (7793-0)
1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-0111
Facsimile: (808)523-0115
Email: gmarkham@cheemarkham.com
       kkato@cheemarkham.com
       dmokuohai@cheemarkham.com

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 2 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

Attorneys for Defendant/Limitation Plaintiff
**MORNING STAR CRUISES, INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of | CV. NO. 03-00672 SOM-BMK |
| The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | CV. NO. 04-00588 SOM-BMK |
| SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a Minor, | [CONSOLIDATED] **DEFENDANT/LIMITATION PLAINTIFF'S MORNING STAR CRUISES INC.'S CONCISE STATEMENT OF FACTS FOR MOTION FOR SUMMARY JUDGMENT FILED SEPTEMBER 20, 2006; EXHIBITS "A"-"C"; CERTIFICATE OF SERVICE** |
| Plaintiffs, | |
| vs. | |
| MORNING STAR CRUISES, INC., a Hawaii corporation; JOHN DOES 1- | |

| | |
|---|---|
| 10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURERS 1-10, DOE LIMITED LIABILITY ENTITES 1-10, DOE NON-PROFIT ENTITES, 1-10, DOE GOVERNMENTAL ENTITIES 1-10, DOE UNINCORPORATED ENTITIES 1-10, and OTHER DOE ENTITES 1-10,<br><br>              Defendants. | )<br>)  Date:<br>)<br>)  Time:<br>)<br>)<br>)  Judge:<br>)<br>)<br>)  Trial:  February 21, 2007<br>)  Time:  9:00 a.m.<br>)  Judge: Hon. Susan Oki Mollway<br>)<br>) |

## DEFENDANT/LIMITATION PLAINTIFF'S MORNING STAR CRUISES INC.'S CONCISE STATEMENT OF FACTS FOR MOTION FOR SUMMARY JUDGMENT FILED SEPTEMBER 20, 2006

COMES NOW, Defendant/Limitation Plaintiff MORNING STAR CRUISES, INC. (hereinafter "Morning Star"), by and through its attorneys, the law firm of Chee & Markham, and hereby submits its Concise Statement of Facts as to which there are no genuine issues and which facts are essential for the Court's determination of the issues presented in Defendant/Limitation Plaintiff's Motion for Summary Judgment filed September 20, 2006, pursuant to LR 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii.

      1.    Ms. Fukuoka released and discharged Morning Star from liability arising out of any personal injury, accidents, damage to personal property, or fatal accidents resulting from negligence. See Exhibit "A," KBOS Disclaimer Agreement, p. 1.

2. Prior to participating in the SeaWalker activity, Ms. Fukuoka certified to KBOS that she did not have a history of heart disease or high blood pressure. See Exhibit "A," KBOS Disclaimer Agreement, p. 1.

3. Ms. Fukuoka carefully read and understood the Disclaimer Agreement prior to signing it. See Exhibit "A," KBOS Disclaimer Agreement, p. 2.

4. Ms. Fukuoka was given instructions prior to participating in the SeaWalker activity. See Exhibit "B," The Estate of Mitsuko Fukuoka's Response to Limitation Plaintiff's First Request for Interrog, p. 6.; Exhibit "C," Instructions given by Morning Star Cruises (Exhibit "3" of the Motion for Summary Judgment.)

DATED: Honolulu, Hawaii, September 22, 2006.

                                                      GREGORY K. MARKHAM
                                                    KEITH K. KATO
                                                    DESIREE HIKIDA MOKUOHAI

Attorneys for /Defendant
Limitation Plaintiff
  MORNING STAR CRUISES, INC.