[Translation]

# K.B.O.S.
## SeaWalker Disclaimer Agreement
## (and other Ocean Sports)

The following warning is provided in order to enable you to enjoy yourself safely and comfortably. Always follow staff instructions and, for the benefit of your safety and the safety of other customers, please comport yourself in a personally responsible manner.

1) You must be at least 12 years of age. (The signature of a guardian is required for individuals under 18 years of age.)
2) You (your guardian) should sign the following Disclaimer Agreement only after you have carefully read and understood it.

Disclaimer Agreement (Please make sure to read this prior to signing.)
[I hereby] acknowledge that neither I (the participant) personally, my family, my heirs nor any other related parties have any significance [SIC] nor any claims in connection with any of the risks, whether anticipated or not, that may arise in connection with [my] participation in the SeaWalker. [I hereby] agree to release and discharge KBOS, the travel agency, HMA, PADI and PADI instructors/Seawalker instructors from all liability arising out of any personal injury, accidents, damage to personal property, or fatal accidents resulting from carelessness.

A physician's letter is required for individuals with a history of any of the following medical conditions.

Medical Conditions
Cold, respiratory difficulty, asthma, diabetes, heart disease, pulmonary tuberculosis, pulmonary emphysema, pneumothorax, otopathy, rhinopathy, epilepsy, hypertension, pregnancy, currently under treatment, immediately post-operative (heart, arterial tuberculosis, surgery), drug or substance dependency, alcohol dependency, mental disorder (claustrophobia, etc.).

I (the participant) hereby confirm that I am not currently suffering from nor do I have a history of any of the medical conditions listed above.

The signature of a guardian is required for individuals under 18 years of age.

| Date | Name (Signature) | Age | Signature (Guardian) |
|---|---|---|---|
| 8/14 | Miho Fukuoka | 14 | Mitsuko Fukuoka |
| 8/14 | Mitsuko Fukuoka | 43 | |
| 8/14 | Yayoi Sato | 25 | Sa |
| " | Hajime [?] Sato | 27 | |
| 8/14 | Haruo Ishizuka | 45 | |
| " | Taiki Ishizuka | 13 | Haruo Ishizuka |
| 8/14 | Ryo [?] Taketomi | 13 | Yuji Taketomi |
| " | Aya [?] Taketomi | 18 | Yuji Taketomi |
| " | Yuji Taketomi | 43 | |
| " | Kaoru [?] Taketomi | 44 | |
| " | Yasuna Matsuoka | 15 | Yasuhiro Matsuoka |
| " | Kaori Matsuoka | 13 | [Symbol] |
| " | Yasuhiro Matsuoka | 47 | |
| " | Rie Sasaki | 15 | Seiko [?] Sasaki |
| " | Miki Sasaki | 12 | " |
| " | Seiko [?] Sasaki | 41 | |

INSTRUCTOR'S SIGNATURE: [Signature Affixed]    DATE: _____

[Translation]

DATE: _____

All risks associated with any harm, injury or damage which may arise in connection with any accidents caused by the failure to comply with established safety procedures shall be borne by the individual, and neither the operator nor the travel agency shall bear any liability with respect thereto.

[I] hereby agree to assume personal responsibility for any and all accidents, injuries and damages arising out of the failure to comply with staff instructions or the rules. Further, I have carefully read and understood this Disclaimer Agreement prior to signing same.

| Name | Hotel | Room # | Name of Agent |
|---|---|---|---|
| Mitsuko Fukuoka | Hyatt Regency | 3352 | JTB |
| Miho Fukuoka | Hyatt Agency [SIC] | 3352 | JTB |
| Hajime [?] Sato | Marriot Beach | ~~2790~~ 2970 | JAL ~~(Illegible)~~ |
| Yayoi Sato | Marriot Beach | ~~2~~ 2970 | JAL (Aloha Seven) |
| Haruo Ishizuka | Princess Kaiulani | 565 | JTB |
| Taiki Ishizuka | Princess Kaiulani | " | " |
| Ryo Taketomi | Marriott Beach | 723 | JTB |
| Aya Taketomi | Marriott Beach | 723 | " |
| Yuji Taketomi | " | 725 | " |
| Yasuna Matsuoka | Hyatt Regency | 1807 | I'LL |
| Yasuhiro Matsuoka | " | 1806 | " |
| Kaori Matsuoka | " | " | " |
| Miki Sasaki | Marriott Resort | 1213 | Yomiuri Travel Service |
| Rie Sasaki | " | " | " |
| Hidetoshi [?] Sasaki | " | 1214 | " |
| Seiko [?] Sasaki | " | " | " |
| Yuji Terajima [?] | Hilton Hawaiian Village | Lagoon 1672 | HIS |
| Eri Maeda | " | " | " |
| Ryoichi Maeda | " | " | " |
| Junko Maeda | " | " | " |
| Ai [?] Nakano | Marriott Resort | 1916 | Aloha Seven |
| [Illegible] | " | " | " |
| Akira [?] Ishiyama | Marriott Resort | 503 | [Illegible] |
| [Illegible] | " | " | " |
| [Illegible] | " | " | " |