The instruction sheet (Japanese) explains the following:

How to go down ladder. From dive boat to bottom of ocean.

Go down one customer at a time (ladder). (Hang on to the ladder going down – do not let go). While on ladder (when the water is at chin level, instructor will put the helmet on customer. (helmet weighs 37kg – under water 6-7kg).

As customer is going down ladder – water may come up to mouth (do not worry) water will equalize and go back down to chin level. As you go down ladder you may have pressure in your ears – need to equalize. (easiest way – with one hand holding ladder, stick other hand into helmet, squeeze nose and try to blow air out through your ears, pop ears. Other ways - yawn, swallow saliva, move chin and jaw.)

We supply fresh air into the helmet, breath normally. (Do not hold breath).

Every 2 steps (while descending ladder), equalize ears or when ears feel uncomfortable equalize ears (equalize whenever you feel discomfort). If ears hurt go back 1 or 2 steps up equalize again. Need to restart. (If using hand to equalize – make sure hold on to ladder with other hand).

There is a bar with handles at bottom. Grab handle instructor gives you and wait till all group is ready. (While waiting put both knees on ocean floor and wait). When everyone is ready adventure beings.

Please do not look down. If you put your head down, it will feel like water is rising – BUT it is not, you are putting your head below the water level. Also – handle outside front of helmet you can put hand on it but do not pull down.

PLEASE stand straight and do not look down.

M00016

# KBOS シーウォーカー説明

ダイブボードから水中に下がっているハシゴを、一段一段降りて行きます。（その時には、階段にしっかりと掴まっていて下さい。）
あごの所まで水面がきたら、ヘルメットをかぶります。（ヘルメットの重さは、陸上では約３７Kg、水中では約６～７Kgになります。）
ヘルメットが水中に入った時ヘルメット内の水面が少し上がり口のあたりまで水が来る事がありますがすぐ元にもどりますので安心して下さい。

階段を降りて行くにあたって、耳に圧力を感じる様になります。（飛行機の離着陸及び山など、高い所から降りて来た時と同じ様な感じ。）
耳に不快感を感じたら、耳ぬきをして下さい。耳ぬきの仕方で一番簡単なのが、片手で鼻をつまんで、耳の方に空気を送って頂きますと、耳の不快感がなくなる様になります。（あまり強くやり過ぎないように。）
ヘルメットの下から手を中に入れる事が出来ます。その他には、あくびをしたり、唾を呑み込んだり、顎を動かしても大丈夫です。
（ヘルメットの中には水は入って来ませんので安心して下さい。）
ヘルメットの中では、いつもどうりの呼吸で大丈夫です。常時新鮮な空気を送っております。（息を、止めないで下さい。）
耳ぬきを行う目安は、だいたい、階段２段につき１回。その他、自分で耳に不快感を感じ始めたら行います。あまり痛くなりすぎたら階段を１段か２段戻って行って下さい。（階段を降りている時に行う場合、片手は必ず階段にしっかりとつかまっていて下さい。）

海底に着きましたら、ハンドルの付いた棒があります。そのハンドルの一つをインストラクターが差し出しますので、それに捕まってお待ち下さい。（その時には両膝を海底に必ずついてお待ち下さい。）
皆様がお揃いになりましたら、海底のお散歩にお連れ致します。

水中では姿勢をまっすぐ保ち下を向かないで下さい。
ヘルメットの外の顎の部分にハンドルがあります。手をそえるのはかまいませんが、下に引っ張らないで下さい。
（ヘルメット内の水面が上昇します。）

instruction

# Hand Signals

Fig. B-1   This Means: Stop, Wait

Fig. B-2   Movement of the hand extended from side to side that you have a problem. Please point to problem area, then move hand side to side.

Fig. B-3   This Means: OK, or that you are fine

Fig. B-4   Equalization of ears
Every time you feel pressure, please equalize.

Fig. B-5   Movement: Down

Fig. B-6   Movement: Up
Also, by turning hand sideways to indicate walking.

M00018

水中での会話は、すべて手信号になります。

* どこかが痛い、助けてほしい、苦しい、というサイン。
  （手のひらを下に向け、前にだし左右にかえす運動）

* 大丈夫です。というサイン。インストラクターが、時々同じサインを出し（大丈夫ですか？）と聞きますので大丈夫だったら同じサインを返して下さい。（親指と人差し指で丸を作る。OKサイン。）

* 膝立ちのサイン。（必ず両膝をついて下さい。）
  （ピースサインを作り、人差し指と中指の関節を曲げて、そのまま下に向けた状態。）

* ちょっと待って下さい、というサイン。
  （インストラクターが、手の平を正面に出します。）

* 耳ぬきのサイン。
  （親指と人差し指で、鼻を摘む様な形。ただし、耳ぬきは自分が耳に圧迫感を感じたら、いつでもいいので行って下さい。）

* 進行方向を示すサイン。
  （インストラクターが、進む方向を親指で差します。）

その他、何かご質問がございましたらインストラクターにお問い合わせ下さい。

*Handsignal*

N00017


FigB-1


FigB-2


FigB-3


FigB-4


FigB-5


FigB-6

N00019



a Division of
Morning Star Cruises Inc.
49-132 Kamehameha Highway
Kaneohe, Hawaii 96744
Telephone (808) 239-8886

## KBOS SEAWALKER
## PHYSICAL RESTRICTIONS FOR PARTICIPATION

Please be aware of the following medically related conditions in which we will refuse service to your customers regarding the KBOS Seawalker program. These conditions are as follows:

- Customer cannot be under the influence of drugs or alcohol.

- Customer has previous history of ear disease.

- Customer has previous history of lung, respiratory disease or sinus problems.

- Customer has previous history of heart disease, high blood pressure or diabetes.

- Customer has previous history of dizzy spells, paralysis or claustrophobia.

- Customer is currently pregnant.

- Customer is currently taking medications for any illness condition.

- Customer has had recent surgery or experienced any other major medical situations.

Please keep in mind the above list is just a sampling of the medical conditions in which we would recommend that the customer not participate in any of the programs. This list is by no means all-inclusive and your staff should use caution if the customer has any other type of medical history, in which he or she would be limited in physical dexterity.