ORIGINAL

**CHEE & MARKHAM**
Attorneys At Law

**GREGORY K. MARKHAM**          (3453-0)
**KEITH K. KATO**               (5320-0)
1000 American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 523-0111
Facsimile: (808) 523-0115
E-mail: gmarkham@cheemarkham.com
    kkato@cheemarkham.com

Attorneys for Defendant/Limitation Plaintiff
**MORNING STAR CRUISES, INC.**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 11 2006

at 11 o'clock and 00 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of | CV. NO. 03-00672 SOM-BMK |
| The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | |
| | |
| SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a Minor, | CV. NO. 04-00588 SOM-BMK  [CONSOLIDATED]  **CERTIFICATE OF SERVICE RE: NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES AND INTERROGATORIES** |
| Plaintiffs, vs. | |
| MORNING STAR CRUISES, INC., a Hawaii corporation; JOHN DOES | (Kanthi Von Guenthner, M.D.) |

```
1-10, JANE DOES 1-10, DOE          )
CORPORATIONS 1-10, DOE             )
PARTNERSHIPS 1-10, DOE JOINT       )
VENTURES 1-10, DOE LIMITED         )
LIABILITY ENTITIES 1-10, DOE       )
NON-PROFIT ENTITIES 1-10, DOE      )
GOVERNMENTAL ENTITIES 1-10,        )
DOE UNINCORPORATED                 )
ENTITIES 1-10, and OTHER DOE       )
ENTITIES 1-10,                     )
                                   )
              Defendants.          )
_____)
```

adr 100906.03 (Rose)

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a copy of the Notice of Taking Deposition Upon Written Interrogatories and Interrogatories (re: Kanthi Von Guenthner, M.D. [November 1, 2006 at 9:00 a.m.]) was served upon:

>ROBERT D. KAWAMURA, ESQ.
>550 Halekauwila Street, Suite 106
>Honolulu, Hawaii 96813
>
>>Attorney for Plaintiffs/Limitation Defendants
>>**SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a Minor**

by depositing a copy of same in the United States mail, postage prepaid, this day, addressed to the above named at their last known address listed above.

DATED: Honolulu, Hawaii; OCT 1 0 2006 _____.

**GREGORY K. MARKHAM**
**KEITH K. KATO**

Attorneys for Defendant/Limitation Plaintiff **MORNING STAR CRUISES, INC.**