ORIGINAL

Of Counsel:
LAW OFFICE OF ROBERT D. KAWAMURA
Attorneys At Law

ROBERT D. KAWAMURA  4537-0
550 Halekauwila Street
Suite 107
Honolulu, Hawaii    96813
Telephone: (808) 523-3777
Facsimile: (808) 523-3780

Attorneys for Limitation Defendants
SHIROH FUKUOKA, Individually and
as Personal Representative of
THE ESTATE OF MITSUKO FUKUOKA, and
as Next Friend Of MIHO FUKUOKA, a Minor

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 13 2006

at 4 o'clock and 30 min P M
SUE BEITIA, CLERK

LODGED

OCT 13 2006
11:10 AM
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| In the Matter<br><br>Of<br><br>The Complaint of MORNING STAR CRUISES, INC., a Hawaii corporation. | Civil No. CV03-00672SOM<br>(Non-Vehicle Tort) |
| SHIROH FUKUOKA, Individually and as Personal Representative of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend of MIHO FUKUOKA, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>MORNING STAR CRUISES, INC., a Hawaii corporation; ; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE JOINT VENTURERS 1-10, DOE LIMITED LIABILITY ENTITIES 1-10, DOE NON-PROFIT ENTITIES 1-10, DOE | Civil No. 04-00588 SOM-BMK<br>[CONSOLIDATED]<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT/LIMITATION PLAINTIFF MORNING STAR CRUISES, INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFFS/ LIMITATION DEFENDANTS FILED SEPTEMBER 20, 2006**<br><br>Trial:  February 21, 2007 |

```
GOVERNMENTAL ENTITIES 1-10, DOE  ) Old Date:
UNINCORPORATED ENTITIES 1-10,    ) Date:      October 30, 2006
and OTHER DOE ENTITIES 1-10,     ) Time:      9:00 a.m.
                                 ) Judge:     Susan Oki Mollway
              Defendants.        )
                                 ) New Date:
                                 ) Date:      November 17, 2006
                                 ) Time:      1:00 45 a.m.
                                 ) Judge:     Susan Oki Mollway
```

**STIPULATION TO CONTINUE HEARING ON DEFENDANT/LIMITATION PLAINTIFF MORNING STAR CRUISES, INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFFS/ LIMITATION DEFENDANTS FILED SEPTEMBER 20, 2006**

SHIROH FUKUOKA, Individually and as Personal Representative Of THE ESTATE OF MITSUKO FUKUOKA, and as Next Friend Of MIHO FUKUOKA (collectively referred to as "Limitation Defendants"), by and through their attorney, Robert D. Kawamura, and Limitation Plaintiff Morning Star Cruises, Inc., by and through its attorneys, Chee & Markham, hereby stipulate to continue the hearing On Defendant/Limitation Plaintiff Morning Star Cruises, Inc.'s Motion For Summary Judgment Against Plaintiffs/ Limitation Defendants Filed September 20, 2006, currently set for 9:00 a.m. on October 30, 2006 to 1:45 a.m. on November 17, 2006, for the reason that counsel for Plaintiffs/Limitation Defendants became ill on an overseas trip and is still sick and has not been able to work on this matter. The parties shall file their opposition and reply in accordance with the local rules.

Dated: Honolulu, Hawaii;  OCT 1 3 2006  .

2

_____
ROBERT D. KAWAMURA

Attorney for Plaintiff/
Limitation Defendants
SHIROH FUKUOKA, Individually
and as Personal Representative
Of THE ESTATE OF MITSUKO
FUKUOKA, and as Next Friend Of
MIHO FUKUOKA


_____
Gregory K. Markham, Esq.
Keith K. Kato, Esq.
CHEE & MARKHAM
1000 American Savings Bank
 Tower
1001 Bishop Street
Honolulu, Hawaii  96813

Attorneys for Defendant/
Limitation Plaintiff
MORNING STAR CRUISES, INC.


Approved and so ordered:

_____
Susan Oki Mollway
Judge


---

SHIROH FUKUOKA, et al. v. MORNING STAR CRUISES, INC., et al., [CONSOLIDATED]; Civil No. 04-00588 SOM-BMK; **STIPULATION TO CONTINUE HEARING ON DEFENDANT/LIMITATION PLAINTIFF MORNING STAR CRUISES, INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFFS/ LIMITATION DEFENDANTS FILED SEPTEMBER 20, 2006**